```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES EXCHANGE COMMISION,

                    Plaintiff,                 07 Civ. 6146 (PKC)

        -against-                               ORDER

THEODORE ROXFORD, et ano.,

                    Defendants.
------------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-07

P. KEVIN CASTEL, District Judge:

      I disclose that some time in the late 1970s and early 1980s, I participated in the representation of Zapata Corporation and/or a special committee thereof, through the law firm of Cahill Gordon & Reindel. Any party or counsel having any question or application with respect thereto shall do so within ten (10) days hereof.

      SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       July 10, 2007