USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

THEODORE ROXFORD
a/k/a LAWRENCE DAVID NIREN and
HOLLINGSWORTH, ROTHWELL &
ROXFORD,

        Defendants.

No. 07-cv-6146
(PKC)

ECF

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF SARAH L. LEVINE *PRO HAC VICE*

This matter having come before the Court on the application of Sarah L. Levine, counsel for the United States Securities and Exchange Commission ("Commission"), to practice before this Court *Pro Hac Vice*, in representing Plaintiff Commission in this matter, and the Court having reviewed the pleadings and being fully advised in the premises:

IT IS HEREBY ORDERED THAT the motion should be and hereby is GRANTED, and Sarah L. Levine is hereby admitted to practice *pro hac vice* before this Court.

SO ORDERED.

July 19, 2007

Dated: June ___, 2007

USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

THEODORE ROXFORD
a/k/a LAWRENCE DAVID NIREN and
HOLLINGSWORTH, ROTHWELL &
ROXFORD,

        Defendants.

No. 07-cv-6146
(PKC)

ECF

**[PROPOSED] ORDER GRANTING MOTION
FOR ADMISSION OF SARAH L. LEVINE
PRO HAC VICE**

This matter having come before the Court on the application of Sarah L. Levine, counsel for the United States Securities and Exchange Commission ("Commission"), to practice before this Court *Pro Hac Vice*, in representing Plaintiff Commission in this matter, and the Court having reviewed the pleadings and being fully advised in the premises:

IT IS HEREBY ORDERED THAT the motion should be and hereby is GRANTED, and Sarah L. Levine is hereby admitted to practice *pro hac vice* before this Court.

SO ORDERED.

July 19, 2007

Dated: June ___, 2007

USDJ