UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,
                            Plaintiff,

-against-                                                    ORDER

THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN
and HOLLINGSWORTH
ROTHWELL & ROXFORD,

                            Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-07
07-CIV-6146(PKC)

P. KEVIN CASTEL, District Judge:

      Lawrence Niren who says he is also known as Theodore Roxford has moved pro se to extend the time for all defendants to respond to the complaint until August 30, 2007. The application is granted as to defendant Theodore Roxford a/k/a Lawrence David Niren. With respect to defendant Hollingsworth, Rothwell & Roxford, it appears to be an entity. An entity such as a partnership, may only be represesented by an attorney admitted to practice before this Court. I will sua sponte extend the time for defendant Hollingsworth, Rothwell & Roxford to respond to the complaint until August 30, 2007.

      **DEFENDANT HOLLINGSWORTH, ROTHWELL & ROXFORD IS ADVISED THAT BECAUSE IT IS NOT A NATURAL PERSON IT IS NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS LICENSED TO PRACTICE IN THIS COURT.**

      **IF, BY AUGUST 30, 2007, DEFENDANT HOLLINGSWORTH, ROTHWELL & ROXFORD, FAILS TO CAUSE A NOTICE OF APPEARANCE TO BE FILED WITH THIS COURT BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT, THE COURT WILL ENTERTAIN AN APPLICATION TO ENTER A DEFAULT JUDGMENT AGAINST DEFENDANT HOLLINGSWORTH,**

ROTHWELL & ROXFORD WHICH MEANS, AMONG OTHER THINGS, THAT THE LAWSUIT WILL BE DECIDED IN THE PLAINTIFF'S FAVOR.

MR. ROXFORD A/K/A NIREN IS ADVISED TO CONSULT WITH AND CONSIDER RETAINING AN ATTORNEY TO REPRESENT HIM. WHETHER OR NOT HE RETAINS AN ATTORNEY, HE MUST, IN ANY EVENT, COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THIS COURT AND THE INDIVIDUAL PRACTICES OF THE UNDERSIGNED. IF HE ELECTS TO PROCEED WITHOUT AN ATTORNEY, HE IS ADVISED TO CONSULT THE DISTRICT'S WEBSITE AND COMMUNICATE WITH THE PRO SE CLERK'S OFFICE LOCATED IN ROOM 230 OF THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007, 212-805-0175. If MR. ROXFORD A/K/A NIREN DOES NOT RESPOND TO THE COMPLAINT BY AUGUST 30, 2007, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST HIM WHICH MEANS, AMONG OTHER THINGS, THAT THE LAWSUIT WILL BE DECIDED IN THE PLAINTIFF'S FAVOR.

The parties are reminded that the Initial Conference in this case is scheduled for September 7, 2007 at 3 p.m. in Courtroom 12C, The Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 24, 2007