UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,                    07 Civ. 6146(PKC)

    -against-                                 ORDER

THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN
and HOLLINGSWORTH
ROTHWELL & ROXFORD,

                Defendants.
-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07
```

P. KEVIN CASTEL, District Judge:

        I have the motion of Lawrence Niren, a/k/a Theodore Roxford, proceeding pro se, who has moved an adjournment of the initial conference and for sanctions; or, alternatively, for leave to participate in the conference telephonically from Argentina. He asserts that a criminal case is likely to be brought against him and fears arrest if he appears. He "moves this Court to adjourn the initial conference of September 7, 2007, pending the parallel criminal case." (Mem. at 15) Either he has not been indicted or, if indicted, the indictment has not been unsealed. Having reviewed the motion, it is DENIED without prejudice to renewal once the parameters of any criminal case against him are known.

        **LAWRENCE NIREN, A/K/A THEODORE ROXFORD, IS ORDERED TO APPEAR IN PERSON OR BY AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT (WHO HAS PREVIOUSLY FILED A NOTICE OF APPEARANCE ON HIS BEHALF) ON SEPTEMBER 7, 2007 AT 3 P.M. IN COURTROOM 12C, THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007, FOR AN INITIAL CONFERENCE IN THIS MATTER. IF LAWRENCE NIREN, A/K/A THEODORE ROXFORD, DOES NOT SO APPEAR, THEN A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HIM WHICH MEANS, AMONG**

OTHER THINGS, THAT THE LAWSUIT WILL BE DECIDED IN THE

PLAINTIFF'S FAVOR.

SO ORDERED.

*[signature]*

P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 22, 2007