UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

THEODORE ROXFORD
a/k/a LAWRENCE DAVID NIREN and
HOLLINGSWORTH, ROTHWELL &
ROXFORD,

        Defendants.

No. 07-CV-6146

ECF case (PKC)

---

## DECLARATION OF SERVICE ON THEODORE ROXFORD
## A/K/A LAWRENCE DAVID NIREN

I, SARAH L. LEVINE, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member, in good standing of the Bar of the Commonwealth of Massachusetts and have been admitted *pro hac vice* in this action to serve as attorney for plaintiff United States Securities and Exchange Commission (the "Commission").

2. On June 30, 2007, at 10:52 a.m., acting at the Commission's request, Tony Klein of Capitol Process Services, Inc., served defendant Theodore Roxford, who is also known as Lawrence David Niren with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007. See Exhibit A hereto (Affidavit of Service of Tony Klein). He did so by handing these documents to Mr. Roxford a/k/a Niren in person at the Gateway Inn, 438 O'Farrell Street, San Francisco, California. See id.

3. On June 30, 2007, Mr. Klein executed an Affidavit of Service setting forth the details of his efforts to serve Mr. Roxford a/k/a Niren.  <u>See</u> <u>id</u>.

5. The original Summons will be filed with the Court in paper form.

6. I declare, upon information and belief, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.


Executed:     August 28, 2007
              Washington, DC

                                                Respectfully submitted,


                                                /s/ Sarah L. Levine
                                                Sarah L. Levine (MA-651718)(*pro hac*)

                                                U.S. Securities and Exchange Commission
                                                100 F Street, N.E.
                                                Washington, D.C. 20549-4030
                                                Phone:   (202) 551-4511
                                                Fax:       (202) 772-9245
                                                levinesa@sec.gov

                                                Attorney for Plaintiff