UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

v.

THEODORE ROXFORD
a/k/a LAWRENCE DAVID NIREN and
HOLLINGSWORTH, ROTHWELL &
ROXFORD,

           Defendants.

No. 07-CV-6146

ECF case (PKC)

---

**DECLARATION OF SERVICE
ON HOLLINGSWORTH, ROTHWELL & ROXFORD**

I, SARAH L. LEVINE, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member, in good standing of the Bar of the Commonwealth of Massachusetts and have been admitted *pro hac vice* in this action to serve as attorney for plaintiff United States Securities and Exchange Commission (the "Commission").

2. On July 6, 2007, at 12:45 p.m., acting at the Commission's request, Christopher M. Compton of Process Service of America, Inc., served Hollingsworth, Rothwell & Roxford, an entity formed under the laws of the state of Florida, by serving the Florida Department of State, Division of Corporations, 2661 Executive Center Circle West, Tallahassee, Florida, 32399, with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007.  See Exhibit A hereto (Affidavit of Service of Christopher M. Compton).  He did so by handing these documents to Ms. Maria Jacobs as Compliance Officer for the Florida Department of State Division of Corporations.

See id.; Exhibit B hereto (Letter accepting service on behalf of Hollingsworth, Rothwell & Roxford from Florida Department of State, Division of Corporations).

       3.       On July 6, 2007, Mr. Compton executed an affidavit of service setting forth the details of his efforts to serve Hollingsworth, Rothwell & Roxford. See Exhibit A.

       4.       On July 17, 2007 at 10:44 a.m., acting at the Commission's request, Michael L. Gardner of Capitol Process Services, served Hollingsworth, Rothwell & Roxford by serving Hugh Carter Hollingsworth, 6155 US Highway 1, Melbourne, Florida 32940 with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007. See Exhibit C hereto (Affidavit of Service of Michael L. Gardner). He did so by handing these documents to Mr. Hugh Carter Hollingsworth. See id.

       5.       On July 26, 2007, Mr. Gardner executed an affidavit of service setting forth the details of his efforts to serve Hollingsworth, Rothwell & Roxford.

       6.       On July 28, 2007, acting at the Commission's request, Ben D. Blackwell of Maxxguard Process Services, served Hollingsworth, Rothwell & Roxford by serving Kenneth T. Rothwell, 61 Sheep Neck Lane, Stantonville, Tennessee 38379 with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007. See Exhibit D hereto (Execution of Summons of Ben D. Blackwell). He did so by handing these documents to Mr. Kenneth T. Rothwell. See id.

       7.       On July 28, 2007, Mr. Blackwell executed a declaration setting forth the details of his efforts to serve Hollingsworth, Rothwell & Roxford.

8. The original Summons will be filed with the Court in paper form.

9. I declare, upon information and belief, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed:    August 29, 2007
             Washington, DC

Respectfully submitted,

/s/ Sarah L. Levine
Sarah L. Levine (MA-651718)(*pro hac*)

U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
Phone:  (202) 551-4511
Fax:    (202) 772-9245
levinesa@sec.gov

Attorney for Plaintiff