# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CV 6146

Date Filed: 6/29/2007

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION**

vs.

Defendant:
**HOLLINSWORTH ROTHWELL AND THEODORE ROXFORD A/K/A LAWRENCE NIREN**

For:
Sarah Levine
Securities and Exchange Commission
100 F Street, N.E.
Washington, D. 20549



Received by Process Service of America, Inc. on the 6th day of July, 2007 at 10:00 am to be served on **FLORIDA DEPT. OF STATE DIVISION OF CORPORATION, 2661 EXECUTIVE CENTER CIRCLE W, TALLAHASSEE, FL 32399.**

I, Christopher M. Compton, do hereby affirm that on the **6th day of July, 2007** at **12:45 pm, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **Summons in a Civil Action and Complaint and a Statutory check to Florida Secretary of State for $8.75 (#804)** with the date and hour of service endorsed thereon by me, to: **Maria Jacobs** as **Complaince Officer** for **FLORIDA DEPT. OF STATE DIVISION OF CORPORATION**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher M. Compton**
Process Server # 101

**Process Service of America, Inc.**
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: 2007003727

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Securities and Exchange Commission

V.

Hollingsworth, Rothwell and Theodore Roxford a/k/a Lawrence Niren

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6146

JUDGE CASTEL

TO: (Name and address of Defendant)

Hollingsworth, Rothwell & Roxford,
Florida Dept of State
Division of Corporations
2661 Executive Center Circle W
Tallahassee, FL 32399

F.S. Chapter 48.48.081, 48.48.181, 48.48.161

Sv/ 7/6/7 at 12:45pm
hyeme  ys#101

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah L Levine
U.S. Securities and Exchange Commission
100 F Street NE
Washington DC 20549-4030

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    JUN 29 2007