

FLORIDA DEPARTMENT OF STATE
Division of Corporations

July 11, 2007

SARA L. LEVINE, ESQ.
U.S. SECURITITES AND EXCHANGE COMMISSION
100 F. STREET NE
WASHINGTON, FL  20549-4030

Pursuant to Chapter 48.161, 48.171, 48.181, .081 or .19 Florida Statutes, a copy of the process and initial pleading, case number 07-CV 6146, was accepted for HOLLINGSWORTH, ROTHWELL & ROXFORD, and was filed on July 6, 2007, at 04:00 PM.

Plaintiff(s)

SECURITIES AND EXCHANGE COMMISSION,

-vs-

Defendant(s)

THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN and HOLLINGSWORTH, ROTHWELL & ROXFORD,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

Only questions concerning the actual filing of the summons and complaint should be directed to our office at (850) 245-6953.  All other inquiries should be made to the attorneys involved.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 907A00044217