## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Date Filed: 6/29/2007

Index Number: 07-CV-6146

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION**

vs.

Defendant:
**HOLLINGSWORTH, ROTHWELL AND THEODORE ROXFORD A/K/A LAWRENCE NIREN**

For:
Sarah L. Levine, Esquire
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street Ne
Washington, DC 20549-4030

Received by CAPITOL PROCESS SERVICES on the **17th day of July, 2007** at **10:44 am** to be served on **HUGH CARTER HOLLINGSWORTH HRR, 6165 US HIGHWAY 1, MELBOURNE, FL 32940.**

I, Michael L. Gardner, CPS #352, being duly sworn, depose and say that on the **26th day of July, 2007** at **3:48 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT** to: **HUGH CARTER HOLLINGSWORTH HRR** at the address of: **6165 US HIGHWAY 1, MELBOURNE, FL 32940** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a court appointed, CERTIFIED PROCESS SERVER for the Eighteenth Judicial Circuit in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525(2).

Michael L. Gardner, CPS #352
Process Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, DC 20009
(800) 243-8773

Our Job Serial Number: 2007002123

Subscribed and Sworn to before me on the 26th day of July, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC


PETER F. CRUMMEY
Notary Public - State of Florida
My Commission Expires Jun 21, 2010
Commission # DD 555964
Bonded By National Notary Assn.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0q

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Securities and Exchange Commission

V.

Hollingsworth, Rothwell and Theodore Roxford a/k/a Lawrence Niren

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6146

JUDGE CASTEL

TO: (Name and address of Defendant)

Hollingsworth, Rothwell & Roxford,
620 Crowberry Road, Palm Bay FL 32907
and/or
7777 N. Wickham Road #12-135, Melbourne, FL 32948

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah L Levine
U.S. Securities and Exchange Commission
100 F Street NE
Washington DC 20549-4030

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 2 9 2007

CLERK                                                 DATE

(By) DEPUTY CLERK