(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 28 2007 |
| NAME OF SERVER (PRINT) Ben D Blackwell | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Kenneth T. Rothwell (AT) 61 Sheep Neck Lane Stantonville, TN 38379

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/28/07
_____
Date

_B.D. Blackwell_
Signature of Server

Maxxguard Process Servers
1445 N Highland Ave Jackson Tn 38301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Securities and Exchange Commission

V.

Hollingsworth, Rothwell and Theodore Roxford a/k/a Lawrence Niren

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6146

JUDGE CASTEL

TO: (Name and address of Defendant)

Hollingsworth, Rothwell & Roxford,
620 Crowberry Road, Palm Bay FL 32907
and/or
7777 N. Wickham Road #12-135, Melbourne, FL 32948

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah L Levine
U.S. Securities and Exchange Commission
100 F Street NE
Washington DC 20549-4030

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 29 2007

J. MICHAEL McMAHON

CLERK                                                              DATE

(By) DEPUTY CLERK