# MEMO ENDORSED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

SECURITIES AND EXCHANGE )
COMMISSION, )
) No. 07-Civ. 6146 (PKC)
Plaintiff, )
)
v. )
)
HOLLINGSWORTH, ROTHWELL & )
ROXFORD ("HRR"); LAWRENCE )
NIREN, THEODORE ROXFORD, )
)
Defendants. )

*[Handwritten endorsement:]* Motion denied. Defendant must appear in person or by an attorney admitted to practice in this District who has first filed a notice of appearance on the defendant's behalf. SO ORDERED. /s/ [Judge] USDJ 9-6-07

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Lawrence Niren, aka Theodore Roxford, *pro se*, will move before the Court Niren's Motion Pursuant To Fed. R. Civ. P. 60(b)(1) and 60(b)(4). Niren is attempting with this Motion to move the Judge to grant him relief from his September 5, 2007 Order, on the basis that the Judge made a mistake in his September 5, 2007 Order which he didn't realize, and the Judgment Is Void for lack of jurisdiction.

Respectfully submitted,

*Lawrence Niren*
Lawrence Niren aka Theodore Roxford
Agostina Mastronardi
Patricias Mendocinas 815
Mendoza, 5500, Argentina
Email: troxford2000@yahoo.com
U.S. voice mail: (415) 995-2313

Executed on September 6, 2007
Mendoza, Argentina