UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION,
                                          Plaintiff,

                        -against-

THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN
and HOLLINGSWORTH ROTHWELL & ROXFORD,

                                          Defendants.
-------------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07
07 Civ. 6146 (PKC)

07 Civ 6146 (PKC)
ORDER

P. KEVIN CASTEL, District Judge:

        Defendant Lawrence Niren a/k/a Thomas Roxford did not appear at today's

initial pretrial conference either in person or by an attorney admitted to practice before this

Court who had first filed a notice of appearance. His absence is unexcused and noted.

        A Scheduling Order has been entered in this action. I will hold a further

conference to review the defendant's discovery obligations and take up other matters relating

to Mr. Niren's motion on September 28, 2007 at 2:45 p.m. in Courtroom 12C. I direct the

defendant to appear either in person or by an attorney admitted to practice before this Court

who has first filed a notice of appearance.

        **LAWRENCE NIREN, A/K/A THEODORE ROXFORD, IS ORDERED**

**TO APPEAR IN PERSON OR BY AN ATTORNEY ADMITTED TO PRACTICE IN**

**THIS COURT (WHO HAS PREVIOUSLY FILED A NOTICE OF APPEARANCE**

**ON HIS BEHALF) ON SEPTEMBER 28, 2007 AT 2:45 P.M. IN COURTROOM 12C,**

**THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY**

**10007, FOR A CONFERENCE IN THIS MATTER. IF LAWRENCE NIREN, A/K/A**

**THEODORE ROXFORD, DOES NOT SO APPEAR, THEN A DEFAULT**

**JUDGMENT MAY BE ENTERED AGAINST HIM WHICH MEANS, AMONG**

-2-

**OTHER THINGS, THAT THE LAWSUIT WILL BE DECIDED IN THE**

**PLAINTIFF'S FAVOR.**

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        September 7, 2007