UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,
                    Plaintiff,

                    07 Civ. 6146(PKC)

         -against-

                    ORDER

THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN
and HOLLINGSWORTH
ROTHWELL & ROXFORD,

                    Defendants.
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

P. KEVIN CASTEL, District Judge:

       Lawrence Niren, a/k/a Theodore Roxford, proceeding pro se, seeks an adjournment of his time to serve his Rule 26(a)(1) disclosures because "his new wife's father here in Argentina had a very severe heart attack . . . ." He asserts that his disclosure is due today and seeks an extension of a few days. The application is granted. The date for serving the Rule 26(a)(1) disclosures of Mr. Niren is extended to October 4. The discovery schedule in all other respects shall remain in place.

       I will at this time and for the same reason adjourn the date of the conference scheduled for September 28 to October 5, 2007 at 12 noon in Courtroom 12C.

       **LAWRENCE NIREN, A/K/A THEODORE ROXFORD, IS ORDERED TO APPEAR IN PERSON OR BY AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT (WHO HAS PREVIOUSLY FILED A NOTICE OF APPEARANCE ON HIS BEHALF) ON OCTOBER 5, 2007 AT 12 NOON IN COURTROOM 12C, THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007, FOR A CONFERENCE IN THIS MATTER. IF LAWRENCE NIREN, A/K/A THEODORE ROXFORD, DOES NOT SO APPEAR, THEN A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HIM WHICH MEANS, AMONG**

**OTHER THINGS, THAT THE LAWSUIT WILL BE DECIDED IN THE PLAINTIFF'S FAVOR.**

Mr. Niren is advised that future applications to this Court will not be accepted via email and he should consult the undersigned's Individual Practices available on the Court's website for the proper procedure in seeking an adjournment (http://www1.nysd.uscourts.gov).

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 24, 2007