UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,                                                          No. 07-CV-6146

                Plaintiff,                                  ECF case (PKC)

   v.

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
------------------------------------------------------------X

## DEFENDANT HOLLINGSWORTH, ROTHWELL & ROXFORD'S ("HRR") RULE 26(A) INITIAL DISCLOSURE

**Pursuant to FRCP Rule 26(a)(1)(A), HRR makes the following disclosures:**

Hugh Hollingsworth, 6155 U.S. Highway #1, Melbourne, Fl. 32940, Tel. No. 321-794-2411
Kenneth Rothwell, 61 Sheepneck Lane, Stantonville, Tenn. 38379, Tel. No. 731-632-9822
Theodore Roxford a/k/a Lawrence David Niren, Mendoza and Buenos Aires, Argentina, email: troxford2000@yahoo.com

HRR also incorporates by reference herein any individuals listed on Defendant Theodore Roxford's Rule 26(a) disclosure.

**Pursuant to FRCP Rule 26(a)(1)(B), HRR makes the following disclosures:**

HRR is not in possession, custody or control of any documents. Notwithstanding, HRR also incorporates by reference herein any documents listed or produced, pursuant to Defendant Theodore Roxford's Rule 26(a) disclosure.

**Pursuant to FRCP Rule 26(a)(1)(C), HRR makes the following disclosures:**

Not applicable.

**Pursuant to FRCP Rule 26(a)(1)(D), HRR makes the following disclosures:**

None.

DATED:    New York, New York
September 24, 2007

                              THE ROTH LAW FIRM, PLLC

                              By: _____
                                  Richard A. Roth (RAR 5538)
                              545 Fifth Avenue, Suite 960
                              New York, New York 10016
                              Tel: 212-542-8882
                              Fax: 212-542-8883
                              *Attorneys for Defendant Hollingsworth Rothwell & Roxford*

## AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

      JORDAN M. KAM, ESQ., affirms under penalties of perjury:

1. I am over the age of 21 years, am not a party to this action, and reside in New York, New York.

2. On September 24, 2007, I caused the foregoing to be served by electronic mail, on counsel for Plaintiff, Sarah L. Levine, Esq., at the electronic address listed below:

    levinesa@sec.gov

3. On September 24, 2007, I caused the foregoing to be served on Defendant Theodore Roxford, *Pro Se*, at the electronic address listed below:

    troxford2000@yahoo.com

                                                                                                      Jordan M. Kam