UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,

            -against-

THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN
and HOLLINGSWORTH
ROTHWELL & ROXFORD,

                Defendants.
----------------------------------------------------------x

07 Civ. 6146

ORDER

P. KEVIN CASTEL, District Judge:

        Lawrence Niren, a/k/a Theodore Roxford, failed to appear as ordered at the conference held on September 7, 2007. Without excusing the failure to appear, I scheduled another conference in the case for September 28, 2007. Mr. Niren, who was married on some unspecified date in the month of September 2007, sought and obtained an adjournment of a conference scheduled for September 28 because of the illness of his new father-in-law. I rescheduled the conference for October 5. He now seeks a further adjournment of the October 5 conference because of the death of his father-in-law. The application is granted.

        Life is full of contingencies and complications. Transportation and visa problems frequently arise. Airlines may be booked if timely reservations are not made. Taxis may break down. Weather can be unpredictable. It could snow early this year. Many of these contingencies and complications are foreseeable and can be avoided by advance planning, including arriving in the venue well in advance of the scheduled appearance in Court.

        Mr. Niren must arrange his affairs to be present in my Courtroom, Courtroom 12C, on October 18, 2007 at 10 a.m. He, of course, has the option of appearing by an attorney admitted to practice in this Court who has first filed a Notice of Appearance on his

behalf. Given the gravity of the allegations asserted by the Securities and Exchange Commission, he would be well advised to consider this option.

Among the matters I will address on October 18 are his unexcused failure to appear at the September 7, 2007 conference, the schedule in this case, his filings with this Court to date, his repeated failure to comply with this Court's Individual Practices which require a letter requesting a pre-motion conference before the filing of a motion and his practice of emailing materials to Chambers.

**LAWRENCE NIREN, A/K/A THEODORE ROXFORD, IS ORDERED TO APPEAR IN PERSON OR BY AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT (WHO HAS PREVIOUSLY FILED A NOTICE OF APPEARANCE ON HIS BEHALF) ON OCTOBER 18, 2007 AT 10:00 A.M. IN COURTROOM 12C, THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007, FOR A CONFERENCE IN THIS MATTER. IF LAWRENCE NIREN, A/K/A THEODORE ROXFORD, DOES NOT SO APPEAR, THEN A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HIM WHICH MEANS, AMONG OTHER THINGS, THAT THE LAWSUIT WILL BE DECIDED IN THE PLAINTIFF'S FAVOR.**

As I have previously advised Mr. Niren, applications to this Court will not be accepted via email and he should consult the undersigned's Individual Practices, available on the Court's website, for the proper procedure in seeking an adjournment (http://www1.nysd.uscourts.gov). He has again failed to comply with this admonition.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      October 3, 2007