Sarah L. Levine
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-4030
Telephone: 202/551-4511

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

HOLLINGSWORTH, ROTHWELL, et al.,
    Defendant(s).

Case No.: 07 CV 6146 Judge Castel

**PROOF OF SERVICE**

I, Tony Klein, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I delivered a copy of the **Summons & Complaint** to:

**PARTY SERVED:** THEODORE ROXFORD a/k/a/ LAWRENCE NIREN

**ADDRESS:** Gateway Inn
438 O'Farrell Street, #306
San Francisco, CA 94108

**DATE/TIME:** June 30, 2007  10:52 AM

**MANNER OF SERVICE:**
☒ Personal Service
☐ Substituted Service

(White, male, 5'9", 170 lbs., long light brown hair, wire rimmed glasses, 53 years old)

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on June 30, 2007 at San Francisco, California.

CAPITOL PROCESS SERVICES, INC
1827 – 18th St. NW
Washington, DC 20009
800/243-8773

_____
Tony Klein

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 07-CV-6146 |
| Plaintiff, | ECF case (PKC) |
| v. | |
| THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN and HOLLINGSWORTH, ROTHWELL & ROXFORD, | |
| Defendants. | |

**DECLARATION OF SERVICE ON THEODORE ROXFORD
A/K/A LAWRENCE DAVID NIREN**

I, SARAH L. LEVINE, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a member, in good standing of the Bar of the Commonwealth of Massachusetts and have been admitted *pro hac vice* in this action to serve as attorney for plaintiff United States Securities and Exchange Commission (the "Commission").

2.  On June 30, 2007, at 10:52 a.m., acting at the Commission's request, Tony Klein of Capitol Process Services, Inc., served defendant Theodore Roxford, who is also known as Lawrence David Niren with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007. See Exhibit A hereto (Affidavit of Service of Tony Klein). He did so by handing these documents to Mr. Roxford a/k/a Niren in person at the Gateway Inn, 438 O'Farrell Street, San Francisco, California. See id.

3.  On June 30, 2007, Mr. Klein executed an Affidavit of Service setting forth the details of his efforts to serve Mr. Roxford a/k/a Niren. See id.

5.  The original Summons will be filed with the Court in paper form.

6.  I declare, upon information and belief, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed:   August 28, 2007
            Washington, DC

Respectfully submitted,

/s/ Sarah L. Levine
Sarah L. Levine (MA-651718)(*pro hac*)

U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
Phone:  (202) 551-4511
Fax:    (202) 772-9245
levinesa@sec.gov

Attorney for Plaintiff