```
-----Original Message-----
From: theodore roxford [mailto:troxford2000@yahoo.com]
Sent: Tuesday, August 21, 2007 12:32 PM
To: Levine, Sarah; Simpson, Richard; Renbaum, Lawrence; Nolan, Pamela H.
Cc: troxford2000@yahoo.com; Rich@rrothlaw.com; betsysilver@rrothlaw.com;
betsysilver@aol.com
Subject: Motion For Adjournment And Sanctions
```

Dear Ms. Levine,

Here is my Motion For Adjournment And Sanctions, along with the Exhibits. All of this was just filed with the Court in separate emails.

This is your own fault. If you had just answered my emails of the past 3 weeks and simply told me the truth, regarding this matter, all of this could have been avoided. But you ignored all of my emails about this and so you forced me to have to file this, because I can't talk with you anymore until this is cleared up, as I can't trust the SEC anymore and I am pro se, so we both need to abide by Fed. R. Civ. P. 26. However, if I can't trust you, I can't talk to you.

I have enclosed my new address in the Motion attached, which is NOT a post office box. However, please note that my fiancee and I have decided to live in both Buenos Aires AND in Mendoza, so I will not always be there if you want me to sign for Fedexes, but there will always be our family and friends there to receive documents for us. We will be going back and forth between Buenos Aires and Mendoza every week (and also to Mar del Plata and Mount Hermoso starting in October).

Sincerely,

Lawrence Niren/Theodore Roxford

---

Sick sense of humor? Visit Yahoo! TV's
Comedy with an Edge to see what's on, when.
http://tv.yahoo.com/collections/222

```
-----Original Message-----
From: theodore roxford [mailto:troxford2000@yahoo.com]
Sent: Monday, September 03, 2007 1:05 PM
To: andrew_d'agostino@nysd.uscourts.gov; Levine, Sarah;
Florence_Nacanther@nysd.uscourts.gov
Cc: troxford2000@yahoo.com
Subject: Everything is being mailed to you with notarized original
signatures
```

Re: Securities and Exchange Commission v.
Theodore Roxford et al., Case No. 07-Civ-6146(PKC)

Dear Mr. D'Agostino, Ms. Nacanther & Ms. Levine,

September 3, 2007

This is just a note to let you know that everything I emailed the Court and the SEC is being mailed to all of you with notarized original signatures: All of the Motions and all of my Affidavits and all of my witnesses' Affidavits and everything. Thank you.

Sincerely,

Lawrence Niren/Theodore Roxford

---

Shape Yahoo! in your own image.  Join our Network Research Panel today!
http://surveylink.yahoo.com/gmrs/yahoo_panel_invite.asp?a=7

```
-----Original Message-----
From: theodore roxford [mailto:troxford2000@yahoo.com]
Sent: Monday, September 24, 2007 3:51 PM
To: andrew_d'agostino@nysd.uscourts.gov; Levine, Sarah;
Florence_Nacanther@nysd.uscourts.gov
Cc: troxford2000@yahoo.com; rich@rrothlaw.com
Subject: thank you
```

September 24, 2007

THE HONORABLE P. KEVIN CASTEL
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St., Room 2260
New York, N.Y. 10007

Re: Securities & Exchange Commission v. Hollingsworth, Rothwell & Roxford, et al,
     Case No. 07 Civ. 6146 (PKC)

Dear Judge Castel,

Thank you very much for your ruling today.

Sincerely,

Lawrence Niren/Theodore Roxford
pro se

---

Moody friends. Drama queens. Your life? Nope! - their life, your story. Play Sims Stories at Yahoo! Games.
http://sims.yahoo.com/

**Levine, Sarah**

---

| | |
|---|---|
| **From:** | theodore roxford [troxford2000@yahoo.com] |
| **Sent:** | Friday, September 28, 2007 1:56 PM |
| **To:** | andrew_d'agostino@nysd.uscourts.gov; Levine, Sarah; Florence_Nacanther@nysd.uscourts.gov |
| **Cc:** | troxford2000@yahoo.com; rich@rrothlaw.com |
| **Subject:** | What is the new date in place of the October 5 conference? |

September 28, 2007

Re:    Securities & Exchange Commission v.
Hollingsworth, Rothwell & Roxford, et al,
       Case No. 07 Civ. 6146 (PKC)

Dear Mr. D'Agostino & Ms. Nacanther,

On September 26, 2007 the SEC's attorney, Sarah Levine, emailed HRR's attorney and me that she could not make the October 5, 2007 conference and that she would ask the Court for the next available date. My father in law is getting worse and the doctors have said that he may be only days away from passing away. He has been in a coma for days now and I spend 90% of my time at the hospital with my new wife praying for her father.

Please let us know what the new date is in place of the October 5 conference? Thank you.

Sincerely,

Lawrence Niren/Theodore Roxford
pro se

---

Tonight's top picks. What will you watch tonight? Preview the hottest shows on Yahoo! TV.
http://tv.yahoo.com/

1

Levine, Sarah
___

**From:** theodore roxford [troxford2000@yahoo.com]
**Sent:** Monday, October 29, 2007 3:27 PM
**To:** andrew_d'agostino@nysd.uscourts.gov; Florence_Nacanther@nysd.uscourts.gov
**Cc:** troxford2000@yahoo.com; arnoldziffel2000@yahoo.com; Levine, Sarah
**Subject:** Corruption in the Court at its worst

**Attachments:** 1435773128-Notice of Motion.doc; 386540586-Niren's Motion For Reconsideration.doc; 1250867582-Niren's Affidavit.doc; 3031281240-Certificate Of Service.doc; 3983603961-Signature October 23.jpg

    

Notice of Motion.doc (24 KB)   Niren's Motion For Reconsidera...   Niren's fidavit.doc (189 KB)   Certificate Of Service.doc (23...   Signature October 23.jpg (262 ...

October 29, 2007

Dear Judge Castel,

On October 23, 2007 I emailed you my Motion For Reconsideration and other documents in regard to your ridiculous ruling on my Motion To Dismiss and HRR's Motion To Dismiss. I now find out today that you have refused to rule on it and that you have even refused to docket it with the Court - even though I also mailed it to the Court with my original signature. As I explained to you over and over again, mail to and from Argentina is very erratic, and the Court has still not received what I sent it in the mail. Here is my original signature.

I am not allowed to file ECF because I am not an attorney. The mail is erratic. You allowed me to file all of my Motions before by email, so there should be no reason why you cannot also allow me to file this Motion For Reconsideration. Simply rule on it with your usual denial and I will be satisfied that at least you have considered it.

This Court represents corruption and biased at its worst, since neither I nor HRR have ever had anything to do with New York and you know it, and yet you only accepted an Affidavit from an SEC person who had nothing to do with this case until 2007 and submitted a perjured Affidavit. You didn't even consider 8 other Affidavits. You read articles on me and you are dying to convict me. This is corrupt and biased on your part.

So I have no choice but to keep emailing you my Motion For Reconsideration over and over again, since I am looking into filing corruption charges against you.

Sincerely,

Lawrence Niren/Theodore Roxford
pro se

October 23, 2007

Re:   Securities & Exchange Commission v.
Hollingsworth, Rothwell & Roxford, et al,
      Case No. 07 Civ. 6146 (PKC)

Dear Mr. D'Agostino & Ms. Nacanther,

Enclosed is my original signature, and a Notice of Motion, Motion For Reconsideration, Affidavit, and Certificate of Service.

Thank you.

Sincerely,

Lawrence Niren/Theodore Roxford

1