**Robert Kindler**
02/12/2003 09:24 AM

To: hmrrma@yahoo.com
cc:
Subject: Re: Important

Do NOT send us any information. JP Morgan has no interest in receiving any informaton and no interest in advising your firm. As I already informed you, it was inappropriate that you falsely led the Wall Street Journal to believe that JP Morgan had any involvement whatsoever with your firm or any transaction with SONY. I am referring all of this to our counsel. Do NOT e mail me or contact me again.

---

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

----- Original Message -----
From: hmrrma@yahoo.com
To: robert.kindler@jpmorgan.com
Cc:
Date: 02/12/2003 06:33:46 AM
Subject: Important

Dear Rob,        February 12, 2003

I sincerely apologize for answering the Wall Street Journal's question when they asked me if we had talked with any investment banker about engaging them, and I said that the only investment banker that we had talked with about this transaction was Rob Kindler of JP Morgan Chase. That was the truth. We had intentions of engaging you this morning and sending you a great deal of information about us. But now I wonder if you are too upset with us to work with us on the transaction. Please let me know if you now feel that it would be inappropriate for you to work with us or not. We would love to send you information about us, but if you have already made up your mind that you don't want us as clients, then there is no sense in our sending you any confidential information. Please advise. Again, I personally apologize to you about everything. Thank you.

Sincerely,

Theodore Roxford, partner
Hollingsworth, Mayer, Rothwell & Roxford

---

Do you Yahoo!?
Yahoo! Shopping - Send Flowers for Valentine's Day
http://shopping.yahoo.com