**Sharon Tumia**

| | | | |
|---|---|---|---|
| From: | theodore roxford [hrr2004@yahoo.com] | Sent: | Mon 3/3/2003 9:09 AM |
| To: | S Tumia | | |
| Cc: | | | |
| Subject: | OFFER TO THE BOARD OF DIRECTORS FOR ZAPATA CORPORATION | | |
| Attachments: | | | |

TO THE BOARD OF DIRECTORS OF ZAPATA CORPORATION:

Dear Zapata Corporation,     March 3, 2003

Our private mergers and acquisition partnership,
Hollingsworth, Rothwell & Roxford (www.hrrma.com),
hereby offers Zapata Corporation (NYSE: ZAP),
$45 a share for all of Zapata shares outstanding.
Zapata closed at $35.50 a share on February 28, 2003.

Our offer is contingent on Zapata Corporation
making a public announcement that Hollingsworth,
Rothwell & Roxford has made this offer to all of
Zapata shareholders, so that everyone can hear
about our offer at the same time, and all of
Zapata's shareholders can be treated 100% fairly.

As you know, Zapata's stock is very undervalued
at its current price of only $35.50 a share, since
the Company trades in the market at only 3.4 times
EBITDA, has over $37 a share in net cash, and a
controling interest in Omega Protein (NYSE: OME)
that adds up to over $26 a share in value for
Zapata shareholders. With our offer, we are able
to close the gap between Zapata's current share
price and its real net asset value.

Hollingsworth, Rothwell & Roxford is a very private
mergers and acquisition partnership that recently
made an offer to the Board of Directors of Sony
Corporation (NYSE: SNE), and is busy putting together
the financing for Sony presently. However, we can
provide the financing for our offer for Zapata
Corporation immediately.

Looking forward to receiving a written reply from
you shortly.

Very sincerely,

Hollingsworth, Rothwell & Roxford
www.hrrma.com
Phone # 772-713-9187

000003