# HOLLINGSWORTH, ROTHWELL & ROXFORD
## Mergers & Acquisitions
7777 N. Wickham Rd. #12-135
Melbourne, Florida, 32940, U.S.A.
Tel: (321) 728-4302 and (415) 995-2313
e-mail: kth@hrrma.biz

Mr. Tae Ho Kim, Chief Executive Officer
Mr. Sang Ho Kim, Chairman & President
Edgetech Services Inc.
18 Wynford Dr.
Toronto, Ontario, V1P 1A3, Canada

August 14, 2003

Dear Tae & Sang,

Over the past 3 days it has become apparent to us that your shareholders do not want to accept our offer to acquire 90% of Edgetech Services at US $1.15 a share, as the shares have been trading well below our offer price. Since that is the case, we are hereby forced to revise our offer for Edgetech in the following manner:

If the officers and directors of Edgetech, who own 40% of the Company, agree to pledge their shares to us at the same price as the other 50%, we will acquire the other 50% of Edgetech, from the rest of your shareholders at the highest price the shares trade at over the next 10 trading days, up to US $1.15 a share. That way if Edgetech shareholders only want to receive 50 cents a share for their shares, they can receive 50 cents a share. There is no reason for us to give shareholders more that they want for their shares, as it appears from the markets that all your shareholders want to receive is 50 cents a share for their shares, despite our offer to acquire 90% of the Company at US $1.15 a share.

As soon as we see what price your shareholders want to sell us their Edgetech shares at, we will file the appropriate documents with the SEC, together with all of the financing in place at that price. Our offer is conditional on your notifying your shareholders with a press release regarding this offer, so that they can decide for themselves if they wish to accept it. If your shareholders want less than US $1.15 a share for their Edgetech shares, then we will give them the highest price that the shares trade at over the next 10 trading days. In this manner we will let the market itself decide what price that should be.

Sincerely,

Hugh C. Hollingsworth, Senior Partner
Hollingsworth, Rothwell & Roxford
e-mail: kth@hrrma.biz
Tel: 321-728-4302 or 415-995-2313

1