# YAHOO! FINANCE

Finance Home - Yahoo! - Message Boards Help







Top > Business & Finance > Investments > Sectors > Services > Printing and Publishing > PLA (Playboy Enterprises, Inc.)

Options - Edit Public Profile - Sign In

**Yahoo! Message Boards: PLA**                                    Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [    ]  Reply  Post    ADVER

Recommend this Post                         Ignore this User | Report Abuse

**FOLLOW THROUGH**                          11/04/03 09:04 pm
**LETTER TO OFFER**                         Msg: 2260 of 2260
by: laushaferrari
Long-Term Sentiment: **Strong Buy**

Christie Hefner, Chief Executive Officer & Hugh Hefner, Editor-in-Chief
Playboy Enterprises Inc.
680 North Lake Shore Drive
Chicago, Illinois, 60611, USA
November 4, 2003
Dear Ms. Hefner & Mr. Hefner,

In follow through to our letter of yesterday, we wanted to find out if you going to inform all of your shareholders of our offer to Playboy right away, or should we? It's important that everyone hears about our offer at the same time.

To give you a little background on us, Barahona is a very private investor from Ecuador
who specializes in artwork, real estate, technology, relationships with people all over the
world, and investments. Ferrari is a very private investor from Argentina who indirectly owns and controls significant interests in real estate, wineries, stocks, bonds, and other investments. Roxford has been a mergers and acquisition specialist for many years, putting together dozens of original transactions, and was a creator of Hollingsworth, Rothwell & Roxford. Many untrue and exaggerated articles have been written about us in the media, just as they have been written about Playboy and Hugh Hefner. We have challenged people to come forward and provide 100% irrefutable proof that we have ever done anything wrong, but of course no one has ever done so,



Homeowners: Clic

PLA $
PLA 5-Nov @
16.6
16.4
16.2
16.0
15.8
     10am    1:

PLA 16.20
[    ]
quotes delayed :
Symb
Quote data pr

Chart, Financials, Histor
Messages, News, Profi
Filing
Get Streaming
with Ya

because we have never done anything wrong. On the contrary, in 2003 alone, we were solely responsible for creating value of US$100 million to Zapata Corporation (NYSE: ZAP) shareholders, including the Glazer family itself, who own and control almost half the Company, similar to what the Hefner family owns and controls in Playboy. In addition, we genuinely tried to create value for the shareholders in Sony Corporation (NYSE: SNE), Omega Protein (NYSE: OME), and Edgetech Services (EDGH.OB). But all 3 companies ultimately resisted us, and in the end, their stocks suffered because of their resistance. In the case of Sony, we filed a shareholder proposal for the company spin off assets to shareholders, - which the company refused to do, and the stock fell on bad news and on the fact that it has refused to do anything for shareholders. In consequence, Sony is now the only large Japanese stock to be down in price in the past 12 months, while all other large Japanese stocks have soared in value. This is unfortunate, since Sony is one of the greatest companies in the world, with huge value. In the case of Omega, which initially soared in price on the news of Ferrari's offer to the company, Omega refused to give Ferrari even the slightest indication that it was even remotely interested in the price that Ferrari had offered, and instead, wanted Ferrari to reveal extremely confidential information about himself. In consequence, Omega's management and board caused its stock to drop. In the case of Edgetech, the stock went up more than 3 times in value upon the news of Hollingsworth, Rothwell & Roxford's offer. But ultimately the short sellers illegally ruined that stock, and in consequence the short sellers and their illegal methods are now under SEC investigations and rule changes. The purpose of acquiring Edgetech would have been
to use the stock as a vehicle to acquire other very undervalued companies, which, unfortunately and to the detriment of shareholders, management refused to do in the end, which caused the stock to fall right back down to its former levels, and hurt shareholders.

We mention the above in the hope that Playboy will do everything positive for its shareholders and work with us to enhance the value of its shares ?unlike Sony, Omega, and Edgetech. You can find various press releases on Roxford in regard to either Sony,
Zapata, or Edgetech on the dates of March 5, 7, 18, and 27, April 10, June 13, July 15,
and on July 31, from 2003. You can also find several untrue articles on Roxford and on Ferrari during some of those months as well. Barahona has been very private for years.

Yours truly,

**Profanity filter is Off [ Turn On ]**

< **Previous** | Next > [ **First** | Last | **Msg List** ] Msg #:        **Reply**   **Post**

| Search |

◉ All   ○ Subject   ○ Message Text   ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2003 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright Policy - Guidelines - Help - Ad Feedback