

Yahoo! My Yahoo! Mail                                         Search the Web     [Search]

**YAHOO! FINANCE** Message Boards    **Sign In**  New User? Sign Up        Message Boards Home - Help

  

Top > Business & Finance > Investments > Sectors > Services > Business Services > PSPT (PeopleSupport, Inc.)

Options - Edit Public Profile

### Yahoo! Message Boards: PSPT

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [   ] [Go] Reply

Recommend this Post            Ignore this User | Report Abuse

**PeopleSupport Buyout Offer December 20**
by: press_forbes

12/20/04 10:52 pm
Msg: 262 of 631

ADVERTISEMENT


On December 20, 2004 the Board of Directors of PeopleSupport Inc., received a buyout offer from Pallonji Shapoori Mistry of India. The offer is at $14 a share. Will the Company disclose this news to its shareholders?

Pallonji Shapoorji Mistry

20 December 04

Board of Directors
Attention: Mr. Lance Rosenzweig
Chairman, President, Chief Executive
PeopleSupport Inc.
1100 Glendon Ave., Suite 1250
Los Angeles, California, 90024 USA

Dear Mr. Chairman and Board of Directors of PeopleSupport Inc.,

We wish to make it known that Philippines BPO Acquistion Co., a company currently being incorporated in India, is offering all of the shareholders of PeopleSupport Inc., (symbol PSPT), $14.00 a share, or $259 million based on approximately 18.5 million shares, in U.S. dollars, for all of the shares of PeopleSupport Inc. Our offer is in cash, and has no contingencies, other than our desire that all of the management and employees of PeopleSupport Inc., remain with the Company and continue to lead it forward, and the Board of Directors take our offer directly to all the shareholders of PeopleSupport Inc. As you are well aware, India and the Philippines both offer the very

**PSPT Snapsho**
PSPT 10-May 3:49pm
[stock chart]
PSPT 10.04 +0.01 +(
[Get Quo]
Delayed data.
providers - disclain

Symbol Lookup

Chart, Financials, Historical Prices, Industry, I
Profile, Reports, Research, n
Get Streaming Real-Tim
with Yahoo! Finance

PSI 00005

best locations for offshore business process outsourcing services. Together, we have the lowest cost structure coupled with the most efficient, fluent, college educated English speaking employees in the world. A combination of PeopleSupport Inc., in the Philippines, with our companies in India in similar businesses, would be a combination that could offer the widest array of BPO services to clients from around the globe.

We believe our offer constitutes a very attractive proposal for your stockholders at a price which represents a premium of 56% over the current market price of the Company's common stock as of Friday, December 17th, 2004, and a premium of 100% over the price per share of the Company's Initial Public Offering on October 1, 2004. Given the strong balance sheet of our parent company, and the profitable operating results of our subsidiaries, we are highly optimistic that the financing for this transaction will not represent any impediment to the consummation of our proposed deal.

We respectfully request that the Board of Directors, or the company's management, do not implement any defensive measures that would adversely affect the ability of your stockholders to receive the cash consideration of our offer. We believe that the collective opinions of your shareholders would be such that our offer would find an almost universal acceptance. To dampen the ability of your shareholders to participate in our offer would be highly unethical and perhaps violate one or more US Federal securities regulations.

Our offer is subject, among other things, to the negotiation and execution of mutually acceptable definitive merger and other agreements containing provisions customary for transactions of this type, the receipt of any required regulatory approvals and third-party consents, and the conduction of due diligence satisfactory to us.

We trust that you and your Board of Directors will wholeheartedly support our offer, which we view as offering more than fair and adequate compensation for a business that we feel is an exciting one to be in. We are ready to sit down and discuss all the details of our offer with you so as to speed the timing of the execution of our all-cash merger agreement.

We invite the Board of PeopleSupport Inc., to research our companies and to notify us by e-mail as to your response to our sincere offer to purchase PeopleSupport Inc. Upon receipt of your e-mail or a public response on your part, we will send you our private phone number, fax number, and e-mail address, and we will telephone you to arrange to meet.

With warm regards for the holiday season

Pallonji Shapoorji Mistry

Sterling Bay, 103, Walkeshwar, South Mumbai, India
Mistry.sp

PSI 00006

**Message Thread** [ View ]          **Profanity filter is Off** [ Turn On ]
< Previous | Next > [ First | Last | Msg List ] Msg #:  [Go] 📝 Reply

                              [Search]
   ⦿ All    ○ Subject    ○ Message Text    ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

PSI 00007