Yahoo!   My Yahoo!   Mail

 **Sign In**
New User? Sign Up

Search the Web [                ] Search

Message Boards Home - Help

  

Top > Business & Finance > Investments > Sectors > Services > Business Services > **PSPT (PeopleSupport, Inc.)**

Options - Edit Public Profile

## Yahoo! Message Boards: PSPT

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [    ]  Reply

Recommend this Post                Ignore this User | Report Abuse

**What PeopleSupport did not tell you**
by: press_forbes

12/21/04 12:18 pm
Msg: 271 of 415

ADVERTISEMENT

Finjan
URL

What PeopleSupport did not tell you is that
they do not want its shareholders to receive
any offers from anyone. They received a fax
and an overnight courier letter and a hand
delivered letter from the buyout offerer, Pallonji Shapoorji Mistry,
whose holdings include legitimate companies such as Forbes
Technosys and Forbes Bradma Business Automation, and
PeopleSupport refuse to tell
its shareholders the truth. Pallonji Shapoorji
Mistry's attorneys will be handling this
matter now. How dare the company tell its
shareholders that the offer is not legitimate
before it talked with the offerer's attorneys.

URL http://view.atdmt.com/
click=http://us.ard.yahoo.cc
is restricted according to th

Please try the following:

**PSPT Snapsho**
PSPT 3-Feb 10:56am

PSPT 10.18 -0.11 -1

Get Quote

Delayed data providers - disclain

Message Thread [ View ]           Profanity filter is Off [ Turn On ]
< Previous | Next > [ First | Last | Msg List ] Msg #: [    ]  Reply

Symbol Lookup

[ Search ]

○ All   ○ Subject   ○ Message Text   ○ Authors

Financials, Industry, Insider, Messages, Ne Research, more...

Get Streaming Real-Time with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your