UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 07-CV-6146 |
| Plaintiff, | ECF case (PKC) |
| v. | |
| THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN and HOLLINGSWORTH, ROTHWELL & ROXFORD, | |
| Defendants. | |

**CLERK'S CERTIFICATE ON MOTION FOR DEFAULT JUDGMENT**

I hereby certify that the Docket Sheet in the captioned case shows the following:

1. The action was commenced on June 29, 2007 by the filing of a Complaint and the issuance of Summons on that date.

2. On August 28, 20007, a Proof of Service on Defendant Theodore Roxford a/k/a Lawrence David Niren was filed ("Defendant Roxford").

3. The August 28, 20007 Proof of Service shows that, on June 30, 2007, the Summons and Complaint were duly served on Defendant Roxford.

4. The docket sheet, Docket # 32, reflects the Court's Order of October 18, 2007 which states, "Defendant Lawrence Niren a/k/a Thomas Roxford did not appear at today's conference either in person or by an attorney admitted to practice before this Court who had first filed a notice of appearance."

5. Defendant Roxford is currently in default.

Dated: New York, New York
10/30, 2007

_____
Clerk
By _____
Dep. Clerk