

theodore roxford
&lt;troxford2000@yahoo.com&gt;
10/31/2007 10:07 PM

To: andrew_d'agostino@nysd.uscourts.gov,
Florence_Nacanther@nysd.uscourts.gov,
LevineSa@sec.gov

cc: troxford2000@yahoo.com, arnoldziffel2000@yahoo.com

bcc:

Subject: Offer to purchase 100% of the Southern District of New York Court and the SEC

October 31, 2007

Re:  Securities & Exchange Commission v. Hollingsworth, Rothwell & Roxford, et al,
     Case No. 07 Civ. 6146 (PKC)

Dear Judge Castel of the SDNY & S. Levine of the SEC:

Lawrence Niren aka Theodore Roxford hereby offers to purchase 100% of the Court and 100% of the SEC for either US$100 billion or 10 cents - whichever you prefer. This offer is good until the Court and the SEC stop its fraud and corruption against me. This Court refuses to accept my Motions anymore by email, but the SEC is allowed to email. This Court allows the SEC to submit perjured Affidavits and worships those perjured Affidavit. This Court refuses to allow me to appeal. This Court does not read 8 Affidavits that I submitted. This Court does not read my cases that I submitted. This Court thinks it is above the U.S. Supreme Court and ignores their rulings on jurisdiction. This Court gives New York jurisdiction and venue where it has none. The SEC submits perjured Affidavits and commits fraud against me repeatedly. The SEC even deliberately covers up offers for Sony where it shows that in Japan they allow you to use the company's assets to buy the company with, so that our offer for Sony was genuine and legal. HRR had buyers for Zapata and Edgetech, Playboy simply turned down our offer, and PeopleSupport was the result of someone I sued for fraud which the SEC is well aware of. The SEC from start to finish has been fraudulent here. The SEC submits a lawsuit against me for alleged offers of

2003, and calls the year 2003 MORE THAN FOUR YEARS! What a pile of rubbish the SEC's lawsuit is, and this Court should have recused itself a long time ago, since this Court reads untrue negative on me and bases its ruling on those untrue negative articles and on the SEC's fraud and perjury. The list is endless of the
SEC's and this Court's corruption and fraud.

So knock yourself out and order me to pay the SEC and the Court US$100 billion or 10 cents. It doesn't matter what it is, since I will declare bankruptcy against any judgment the SEC receives from this Court, because this Court and the SEC are corrupt. The SEC will never see one penny of any judgment, so knock yourself out and add to the corruption. As a matter of

```
fact I think
this Court should also sentence me to death - since
what the SEC has alleged that I supposedly did in 2003
- obviously must deserve the death penalty. You could
even get the SEC to pull the trigger if it so desires.
Death by firing squad, hanging, whatever!

Well that's all folks, since this Court and the SEC
are corrupt and fraudulent anyway, and I am not even
allowed to appeal, and the Court does not accept my
Motions by email (but the SEC is allowed to email!)!
So much for justice and the law!

Thank you.

Sincerely,

Lawrence Niren (or Theodore Roxford)
Quo Vila
Sarmiento 1426, 7th floor, C.P.
Buenos Aires, 1024, Argentina
(415) 995-2313 (voice mail)
troxford2000@yahoo.com


_____
Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com
```