

| | |
|---|---|
| theodore roxford <troxford2000@yahoo.com> 11/01/2007 02:08 AM | To andrew_d'agostino@nysd.uscourts.gov, Florence_Nacanther@nysd.uscourts.gov, LevineSa@sec.gov |
| | cc troxford2000@yahoo.com, arnoldziffel2000@yahoo.com |
| | bcc |
| | Subject Niren's Part One Opposition Motion to the SEC's Default Motion |

November 1, 2007

Re:         Securities & Exchange Commission v. •
Hollingsworth, Rothwell & Roxford, et al,
            Case No. 07 Civ. 6146 (PKC)

Here is Niren's Part One Opposition Motion to the
SEC's October 31, 2007 Motion for Default Judgment,
which was also mailed to the Court with original
signature, as was Niren's Motion For Reconsideration.

Thank you.

Sincerely,

Lawrence Niren (or Theodore Roxford)
Quo Vila
Sarmiento 1426, 7th floor, C.P.
Buenos Aires, 1024, Argentina
(415) 995-2313 (voice mail)
troxford2000@yahoo.com

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around

http://mail.yahoo.com    Niren's Part One Opposition Motion.doc    Certificate Of Service.doc