

theodore roxford
&lt;troxford2000@yahoo.com&gt;
11/01/2007 05:09 AM

To: andrew_d'agostino@nysd.uscourts.gov, Florence_Nacanther@nysd.uscourts.gov, levinesa@sec.gov, simpsonr@sec.gov,
cc: troxford2000@yahoo.com, arnoldziffel2000@yahoo.com
bcc:
Subject: NIREN'S PART TWO OPPOSITION MOTION IS BEING SENT IN THE MAIL

November 1, 2007

Re:         Securities & Exchange Commission v. Hollingsworth, Rothwell & Roxford, et al,
            Case No. 07 Civ. 6146 (PKC)

Dear Judge Castel & Sarah Levine of the SEC,

This is to inform you that Niren's Part Two Opposition Motion to the SEC's Motion For Default Judgment is being sent to you in the mail, along with expert testimony that proves that I did nothing wrong.

Furthermore, as you well know from the SEC's own lawsuit, the SEC only sued me for alleged violations of takeover deals that took place in 2003, with one very isolated alleged deal in 2004. So how come the Court has not mentioned the fact that in the SEC's 114 page piece of fraudulent garbage that they filed on Oct. 31, 2007, the SEC now falsely states I have supposedly violated securities laws for more than the past 4 years? Where are those other so called violations for more than 4 years - since they are certainly not in the SEC's lawsuit? The SEC lawsuit only talks about 2003 and one very isolated deal in 2004! What is the SEC doing here?

Also, in the SEC's 114 page piece of garbage that they filed on October 31, 2007, why did the SEC hide and cover up the exact part in the letter to Sony where it states that in Japan you can use the company's assets to buy that company? Since Sony had over 1,070 unrelated businesses and assets of over US$100 billions, no wonder the SEC was so desperate to cover that information up, since the SEC would never want anyone to know how easy a takeover deal for Sony has always been for anyone to do.

There are over 100 lies and fraudulent statements in the SEC's pathetic piece of garbage that they filed on October 31, 2007. I will be mailing in my Opposition Motion to the Court and SEC, along with expert testimony. This Court, how corrupt it is, and how anxious it is to falsely convict me, has a legal obligation to wait for my Opposition Motion to arrive in the mail, since this Court will not allow me to email any of my Motions anymore, but the SEC is of course allowed to. PREJUDICE AND BIASED COURT.

Thank you.

Sincerely,

Lawrence Niren (or Theodore Roxford)
Quo Vila
Sarmiento 1426, 7th floor, C.P.
Buenos Aires, 1024, Argentina
(415) 995-2313 (voice mail)
troxford2000@yahoo.com

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com