UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                  Case No. 07 Civ. 6146

      -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-----------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

WHEREAS,

1.  Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2.  Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh
    Hollingsworth (collectively, the "HRR Partners") have each been advised of their
    rights as a corporate defendant in this case by The Roth Law Firm, as well as
    independent legal counsel, and desire to waive those rights; and

3.  The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to
    HRR in this lawsuit; and

4.  The HRR Partners desire to permit Plaintiff to enter default judgment against
    HRR.

## PLEASE TAKE NOTICE THAT,

1.      HRR hereby permits Plaintiff to enter a default judgment against HRR in this

lawsuit; and

2.      HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3.      Facsimile signature herein shall be deemed good and sufficient so as to constitute

an original signature.

 

 

Sworn to before me this<br>
___ day of November, 2007

 

 

_____<br>
Notary Public

 

_____<br>
Theodore Roxford a/k/a Lawrence Niren,<br>
As a Partner of HRR

 

 

Sworn to before me this<br>
___ day of November, 2007

 

_____<br>
Kenneth Rothwell, As a Partner of HRR

 

_____<br>
Notary Public

 

 

_____<br>
Hugh Hollingsworth, As a Partner of HRR

 

Sworn to before me this<br>
*2 0* day of November, 2007

_____<br>
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA<br>
Carol A. McHugh<br>
Commission # DD489964<br>
Expires: NOV. 13, 2009<br>
Bonded Thru Atlantic Bonding Co., Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

**WHEREAS,**

1.      Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2.      Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3.      The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4.      The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.

**PLEASE TAKE NOTICE THAT,**

1.    HRR hereby permits Plaintiff to enter a default judgment against HRR in this

lawsuit; and

2.    HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3.    Facsimile signature herein shall be deemed good and sufficient so as to constitute

an original signature.

 

Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HRR

Sworn to before me this
____ day of November, 2007

_____
Notary Public

Kenneth Rothwell, As a Partner of HRR

Sworn to before me this
_14TH_ day of November, 2007

Notary Public

My Commission Expires _01-08-08_

Hugh Hollingsworth, As a Partner of HRR

Sworn to before me this
____ day of November, 2007

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                   Plaintiff,                  Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                   Defendants.

-------------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

**WHEREAS,**

1.     Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2.     Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3.     The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4.     The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.

**PLEASE TAKE NOTICE THAT:**

1. HRR hereby permits Plaintiff to enter a default judgment against HRR in this lawsuit; and

2. HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3. Facsimile signatures herein shall be deemed good and sufficient so as to constitute an original signature.

Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HRR

Sworn to before me this
12 day of November, 2007

_____
Notary Public

Sworn to before me this
___ day of November, 2007

_____
Notary Public

Kenneth Rothwell, As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

Hugh Hollingsworth, As a Partner of HRR



## AFFIRMATION OF SERVICE

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK   )

       JORDAN M. KAM, ESQ., affirms under penalties of perjury:

1.     I am over the age of 21 years, am not a party to this action, and reside in New York, New York.

2.     On November 20, 2007, I caused the foregoing to be served by electronic mail, on counsel for Plaintiff, Sarah L. Levine, Esq., at the electronic address listed below:

       levinesa@sec.gov

                                     Jordan M. Kam