UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                    Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-----------------------------------------------------------X

## NOTICE OF UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

To:    Sarah L. Levine, Esq.
        Assistant Chief Litigation Counsel
        United States Securities and Exchange Commission
        100 F Street, N.E.
        Washington, DC 20549
        By email: levinesa@sec.gov

        Theodore Roxford aka Lawrence Niren
        Agostina Matronardi
        Patricias Mendocinas 815
        Mendoza, 5500, Argentina
        By email: troxford2000@yahoo.com

       PLEASE TAKE NOTICE that on December 7, 2007 at 10 o'clock in the forenoon, The Roth Law Firm, PLLC shall move before the United States District Court (Hon. P. Kevin Castel), Southern District of New York, U.S. Courthouse, New York, New York, pursuant to L. Civ. R. 1.4, for an order granting leave to withdraw as counsel on behalf of Defendant Hollingsworth, Rothwell & Roxford. Movant relies upon the accompanying Certification of Richard A. Roth.

No brief is necessary as this application involves a routine matter with no novel or complex issues of law.

DATED: New York, New York
       November 28, 2007

                                    THE ROTH LAW FIRM, PLLC

                                    By: _____
                                    Richard A. Roth, Esq. (RAR 5538)
                                    545 Fifth Avenue, Suite 960
                                    New York, New York 10017
                                    Tel:   212-542-8882
                                    Fax:   212-542-8883