**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                 Plaintiff,          Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,     **CERTIFICATION OF**
ROTHWELL & ROXFORD,                      **RICHARD A. ROTH**

                 Defendants.
------------------------------------------------------------X

     I, Richard A. Roth, certify the following to be true and correct to the best of knowledge:

1.    I have been a member of the Bar of this Court in good standing since 1986 and I am a member of The Roth Law Firm, PLLC, counsel of record in the above action for Defendant Hollingsworth Rothwell & Roxford ("HRR").

2.    This application does not implicate the Defendant in this court action.

3.    Pursuant to Local Rule 1.4, Richard A. Roth and The Roth Law Firm, PLLC move the Court for leave to withdraw as counsel for HRR in the above captioned action. The request is due to HRR's termination of my firm's representation and its desire to not oppose a motion for default judgment.

4.    Plaintiff will not be substantially prejudiced by the granting of this application, and in fact Plaintiff has specifically indicated its willingness to not oppose this application. Similarly, nor will justice be hampered by this Court granting the pending motion. In fact, because HRR no longer wishes to defend this action and thus not oppose a motion for default, judicial resources will be substantially preserved.

5.    For the Court's convenience, a Notice of Dismissal of Counsel and Consent to Entry of Default Judgment, which HRR instructed my firm to file, is annexed hereto as <u>Exhibit A</u>.

6.    For the Court's convenience, a form Order is annexed hereto as <u>Exhibit B</u>.

7.    A copy of this motion is being sent by email to Plaintiff's counsel, as well as each of the partners of HRR.

WHEREFORE, Movant seeks leave to permit The Roth Law Firm, PLLC, to withdraw as counsel for the Defendants.

Dated: New York, New York
       November 28, 2007

*[signature]*

Richard A. Roth (RAR 5538)
The Roth Law Firm, PLLC
545 Fifth Avenue, Suite 960
New York, New York 10016
(212) 542-8882

# EXHIBIT A

Case 1:07-cv-06146-PKC   Document 46   Filed 11/28/2007   Page 4 of 12
NOV. 20. 2007 10:52AM   THE MAIL STOP & MORE                  No. 105   P. 1
Case 1:07-cv-06146-PKC   Document 43   Filed 11/20/2007   Page 1 of 8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,             Case No. 07 Civ. 6146

   -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

WHEREAS,

1. Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2. Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3. The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4. The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.

Case 1:07-cv-06146-PKC   Document 46   Filed 11/28/2007   Page 5 of 12
NOV. 20. 2007 10:52AM   THE MAIL STOP & MORE                NO. 105   P. 2
Case 1:07-cv-06146-PKC   Document 43   Filed 11/20/2007   Page 2 of 8

**PLEASE TAKE NOTICE THAT,**

1. HRR hereby permits Plaintiff to enter a default judgment against HRR in this lawsuit; and

2. HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3. Facsimile signature herein shall be deemed good and sufficient so as to constitute an original signature.

_____
Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Kenneth Rothwell, As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Hugh Hollingsworth, As a Partner of HRR

Sworn to before me this
20 day of November, 2007

_____
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Carol A. McHugh
Commission # DD489964
Expires: NOV. 13, 2009
Bonded Thru Atlantic Bonding Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,              Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
------------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

WHEREAS,

1. Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2. Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3. The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4. The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.

PLEASE TAKE NOTICE THAT,

1. HRR hereby permits Plaintiff to enter a default judgment against HRR in this lawsuit; and

2. HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3. Facsimile signature herein shall be deemed good and sufficient so as to constitute an original signature.

_____
Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

Sworn to before me this
14TH day of November, 2007

_____
Notary Public
My Commission Expires 01-08-08

_____
Kenneth Rothwell, As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Hugh Hollingsworth, As a Partner of HRR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,              Case No. 07 Civ. 6146

   -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-----------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

WHEREAS,

1. Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2. Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3. The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4. The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.

**PLEASE TAKE NOTICE THAT:**

1. HRR hereby permits Plaintiff to enter a default judgment against HRR in this lawsuit; and

2. HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3. Facsimile signatures herein shall be deemed good and sufficient so as to constitute an original signature.

_(signatures)_

Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Lawrence Rothwell, As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Hugh Hollingsworth, As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public



# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,             Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-----------------------------------------------------------X

## ORDER PERMITTING WITHDRAWAL

This matter having come on to the Court upon motion of The Roth Law Firm, PLLC for leave to withdraw as counsel for Defendant Hollingsworth, Rothwell & Roxford; the Court having considered the Certification of Richard A. Roth and for good cause shown, it is, pursuant to L. Civ. R. 1.4 ordered that the motion is GRANTED. The Roth Law Firm, PLLC is hereby granted leave to withdraw as counsel within ten (10) days hereof.

Dated: New York, New York

                                          _____
                                          HONORABLE P. KEVIN CASTEL
                                          UNITED STATES DISTRICT JUDGE