```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·13·07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-----------------------------------------------------------X

### NOTICE OF UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

To:    Sarah L. Levine, Esq.
        Assistant Chief Litigation Counsel
        United States Securities and Exchange Commission
        100 F Street, N.E.
        Washington, DC 20549
        By email: levinesa@sec.gov

        Theodore Roxford aka Lawrence Niren
        Agostina Matronardi
        Patricias Mendocinas 815
        Mendoza, 5500, Argentina
        By email: troxford2000@yahoo.com

PLEASE TAKE NOTICE that on December 7, 2007 at 10 o'clock in the forenoon, The Roth Law Firm, PLLC shall move before the United States District Court (Hon. P. Kevin Castel), Southern District of New York, U.S. Courthouse, New York, New York, pursuant to L. Civ. R. 1.4, for an order granting leave to withdraw as counsel on behalf of Defendant Hollingsworth, Rothwell & Roxford. Movant relies upon the accompanying Certification of Richard A. Roth.

---

*Handwritten annotations by the Court:*

Without objection, the motion to withdraw is granted. Hollingsworth, Rothwell & Roxford, a non-natural person entity, must appear by an attorney admitted to practice before this Court no later than January 14, 2008. If no notice of appearance is filed, plaintiff may seek a default judgment. Mr. Roth is directed to transmit a copy of this order to his client and file an affidavit that he has done so by December 21, 2008.

SO ORDERED

*/s/* 
USDJ
12-13-07

No brief is necessary as this application involves a routine matter with no novel or complex issues of law.

DATED: New York, New York
November 28, 2007

THE ROTH LAW FIRM, PLLC

By: _____
Richard A. Roth, Esq. (RAR 5538)
545 Fifth Avenue, Suite 960
New York, New York 10017
Tel:   212-542-8882
Fax:  212-542-8883