# AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

RICHARD A. ROTH, ESQ., affirms the following under penalties of perjury, and does so pursuant to Judge P. Kevin Castel's Order dated December 13, 2007 (the "Order"):

1. I am over the age of 21 years, am not a party to this action, and reside in Scarsdale, New York.

2. On December 13, 2007, I caused the Order to be served by electronic mail, on counsel for Plaintiff, Sarah L. Levine, Esq., at the electronic address listed below:

    levinesa@sec.gov

3. On December 13, 2007, I caused the Order to be served on Defendant Theodore Roxford, *Pro Se*, at the electronic address below:

    troxford2000@yahoo.com

4. On December 13, 2007, I caused the Order to be served on the partners of Defendant Hollingsworth, Rothwell & Roxford, at the electronic addresses below:

    troxford2000@yahoo.com
    kentrothwell@earthlink.net
    hcholling@juno.com

_____
Richard A. Roth