**Sharon Tumia**

| | | | |
|---|---|---|---|
| **From:** | theodore roxford [hrr2004@yahoo.com] | **Sent:** | Sun 3/9/2003 12:21 PM |
| **To:** | S Tumia | | |
| **Cc:** | | | |
| **Subject:** | Our New Offer To The Board Of Directors Of Zapata Corporation | | |
| **Attachments:** | | | |

TO THE BOARD OF DIRECTORS OF ZAPATA CORPORATION:

Faxed and e-mailed            March 9, 2003

In light of your response to our $45 a share offer
or $107.6 million for all of Zapata Corporation,
along with the fact that the earnings and value
of Zapata's holdings in Omega Protein Corporation
(NYSE: OME) have recently increased substantially,
we now feel that the value of Zapata Corporation
is worth more than it was even a week ago when we
first made our offer to you. Congratulations!

Therefore, we are hereby raising our offer for
Zapata to $50 a share in cash or to $119.5 million.

This new offer, however, is contingent on the Board
of Directors and management of Zapata meeting with
us as soon as possible, in order to try to put
together a friendly transaction for all of your
shareholders. It is our hope and desire to take Zapata
private with its Board and management, and
we look forward to meeting with you shortly.

Alternatively, we believe that Zapata shareholders
would be well served to receive a special dividend
of $15 a share authorized by the Board Of Directors
of Zapata, which would still leave the Company with
$70 million in cash and $74 million of value from
Zapata's majority holdings in Omega Protein, compared
with Zapata's current market value of $93.8 million.
This is similar to what we proposed to the Board of
Sony Corporation. Many companies have authorized
special dividends, such as Newmont (NYSE: NEM) did
in 1987 when we brought the deal to T. Boone Pickens.

This is a very important week for us, as we are
filing our shareholder proposal with the Securities
and Exchange Commission to enhance value for Sony
(NYSE: SNE) shareholders up to $86 a share; and we
could be prepared to take our offer directly to
Zapata shareholders should you decide not to meet.

We await your reply at the earliest possible date.

Respectfully,

000030

Hollingsworth, Rothwell & Roxford
www.hrrma.com
Phone # 772-713-9187

000031