## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

        v.

THEODORE ROXFORD
a/k/a LAWRENCE DAVID NIREN and
HOLLINGSWORTH, ROTHWELL &
ROXFORD,

              Defendants.

No. 07-CV-6146

ECF case (PKC)

## CLERK'S CERTIFICATE ON MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT HOLLINGSWORTH, ROTHWELL & ROXFORD

I hereby certify that the docket sheet in the captioned case shows the following:

1. The action was commenced on June 29, 2007 by the filing of a Complaint and the issuance of Summons on that date.

2. On August 29, 2007, a Proof of Service on Defendant Hollingsworth, Rothwell and Roxford was filed ("Defendant HRR").

3. The August 29, 2007 Proof of Service shows that, on July 6, 2007, the Summons and Complaint were duly served on Defendant HRR.

4. The docket sheet, docket # 49, reflects the Court's Order of December 13, 2007 which states, ". . . Hollingsworth, Rothwell & Roxford, a non-natural person unity, must appear by an attorney admitted to practice before this Court no later than 1/14/08. If no notice of appearance is filed, plaintiff may seek a default judgment."

5. The docket sheet reflects that no counsel has filed a notice of appearance representing Defendant HRR since the Court's Order of December 13, 2007.

6. The docket sheet reflects that Defendant HRR has not filed an Answer to the Complaint.

7. Defendant Roxford is currently in default.

Dated: New York, New York

Jan 23 , 2007 2008

J. Michael McMahon

—————————————————
Clerk