Statement on the Record  December 18, 2007
New York, NY

Page 1

```
 1              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
       - - - - - - - - - - - - - - - - - - - -X
 3
     SECURITIES AND EXCHANGE
 4   COMMISSION,

 5
                    Plaintiff,
 6
                                    ECF Case (PKC)
 7

 8      -vs-                Case No. 07-CV-6146

 9
     THEODORE ROXFORD, a/k/a
10   LAWRENCE DAVID NIREN and
     HOLLINGSWORTH, ROTHWELL &
11   ROXFORD,

12
                    Defendants.
13
       - - - - - - - - - - - - - - - - - - - -  X
14

15          Tuesday, December 18, 2007

16

17          PROCEEDINGS, taken pursuant to Notice,

18   held at the offices of the SECURITIES & EXCHANGE

19   COMMISSION, 3 World Financial Center, New York,

20   New York, 10281, on Tuesday, December 18, 2007, at

21   10:00 a.m. before JEANNETTE MCCORMICK, a Certified

22   Shorthand Reporter, License No. XI00920, and a

23   Notary Public.
                        rtified Copy
24

25
```

Statement on the Record                                    December 18, 2007
New York, NY

Page 2

1      A P P E A R A N C E S:

2

3

4      UNITED STATES SECURITIES AND EXCHANGE COMMISSION

5

6           Attorneys for Plaintiff

7      BY:  SARAH L. LEVINE, ESQ.

8           Assistant Chief Litigation Counsel

9           Division of Enforcement

10          100 F Street, N.E.

11          Washington, D.C. 20549-4030

12          (202) 551-4511 (Telephone)

13          (202) 772-9245 (Fax)

14          levinesa@sec.gov

15                -and-

16          PAMELA NOLAN, ESQ.

17          (Senior Counsel)

18

19

20

21

22

23     ALSO PRESENT:

24          HENRY MARTE (Videographer)

25

                                                                          Page 3

1                          I N D E X

2

3

4                        E X H I B I T S

5

6    NUMBER              DESCRIPTION                    PAGE

7    1                   Notice of Deposition           5

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Statement on the Record                                    December 18, 2007
                          New York, NY

                                                                    Page 4
1          THE VIDEOGRAPHER:  This begins tape
2     number one in the videotaped deposition of
3     Holingsworth Rothwell & Roxford on Tuesday,
4     December 18, 2007, in the matter of
5     Securities & Exchange Commission, plaintiff,
6     versus Theodore Roxford and Holingsworth,
7     Rothwell & Roxford, defendants, in the United
8     States District Court, for the Southern
9     District of New York, Index Number
10    07-CV-6146.
11         These proceedings are being held at the
12    Securities & Exchange Commission, located at
13    3 World Financial Center, New York, New York.
14         The time on the video monitor is now
15    10:14 a.m.
16         My name is Henry Marte.  I will be the
17    legal video specialist on behalf of Alderson
18    Court Reporters.  The Certified Court
19    Reporter is Jeannette McCormick, also on
20    behalf of Alderson Court Reporting that is
21    located at 600 Fifth Avenue, New York,
22    New York.
23         Will counsel for the SEC please
24    introduce themselves.
25         MS. LEVINE:  I am Sarah Levine.

1    MS. NOLAN:  Pamela Nolan.

2    THE VIDEOGRAPHER:  Thank you.  At this
3    time we are going off the record, but first
4    the attorney is going to make a brief
5    statement.

6    MS. LEVINE:  No witness has appeared
7    pursuant to the Deposition Notice.  We are
8    going to go off the record to provide more
9    time.

10   THE VIDEOGRAPHER:  The time is 10:14
11   a.m.  We are going off the record.

12   (Recess from 10:14 to 10:45.)

13   THE VIDEOGRAPHER:  The time is 10:45
14   a.m.  We are back on the record.

15   MS. LEVINE:  I'd like to mark in as
16   Exhibit 1 the Notice of Deposition
17   designating today at the SEC offices in New
18   York at 10:00 a.m. as the time for the
19   deposition.

20        (Whereupon, Plaintiff's Deposition
21        Exhibit No. SEC 1 was marked
22        for Identification.)

23   MS. LEVINE:  No witness has appeared to
24   participate.  I am going to go off the record
25   and give the witness additional time to show

1    up.
2          THE VIDEOGRAPHER:  The time is
3    10:46 a.m.  We are going off the record.
4          (Recess from 10:46 to 11:31.)
5          THE VIDEOGRAPHER:  The time is 11:31
6    a.m.  We are back on the record.
7          MS. LEVINE:  We waited an hour and a
8    half.  No witness has appeared.  We are going
9    to adjourn this deposition with the intention
10   to continue it at a later time.
11         THE VIDEOGRAPHER:  This completes
12   today's deposition to be adjourned until a
13   later time.  The time is 11:31.  We are going
14   off the record.
15         (Proceedings adjourned at 11:31 a.m.)
16                    - - -
17
18
19
20
21
22
23
24
25