UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

             Plaintiff,

    v.

THEODORE ROXFORD
a/k/a LAWRENCE DAVID NIREN and
HOLLINGSWORTH, ROTHWELL &
ROXFORD,

             Defendants.

No. 07-CV-6146

ECF case (PKC)

---

## NOTICE OF MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT HOLLINGSWORTH, ROTHWELL & ROXFORD

PLEASE TAKE NOTICE that on the accompanying Declarations of

Mark H. Lineberry and Sarah L. Levine, the accompanying

Memorandum of Law, and the entire record of this case, plaintiff

Securities and Exchange Commission moves the Court, before the

Honorable P. Kevin Castel, for entry of a default judgment

against Defendant Hollingsworth, Rothwell & Roxford ("HRR")

pursuant to Rule 55(b)(2) of the Federal Rules of Civil

Procedure.

In accordance with Local Civil Rule 55.2(b), a form of

Clerk's Certificate of Default is attached to the Declaration of

Sarah L. Levine as Exhibit 12, a copy of the Commission's

Complaint is attached as Exhibit 13, and a proposed form of

default judgment is attached as Exhibit 14.


Dated:   Washington, D.C.          Respectfully submitted,
         February 6, 2008


Of Counsel:                        _____
                                   Sarah L. Levine (pro hac #651718)
Antonia Chion                      Attorney for Plaintiff
Yuri B. Zelinsky                   Securities and Exchange Commission
Lawrence C. Renbaum                100 F Street, N.E.
Pamela H. Nolan                    Washington, D.C. 20549-4030
                                   (202) 551-4511