UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
:
: No. 07-CV-6146
:
Plaintiff,
: ECF case (PKC)
v.
:
:
THEODORE ROXFORD
:
a/k/a LAWRENCE DAVID NIREN and
:
HOLLINGSWORTH, ROTHWELL &
:
ROXFORD,
:
:
Defendants.
:

---

**DECLARATION OF SERVICE
ON HOLLINGSWORTH, ROTHWELL & ROXFORD**

I, SARAH L. LEVINE, pursuant to 28 U.S.C. § 1746, declare as follows:

1.   I am a member, in good standing of the Bar of the Commonwealth of Massachusetts and have been admitted *pro hac vice* in this action to serve as attorney for plaintiff United States Securities and Exchange Commission (the "Commission").

2.   On July 6, 2007, at 12:45 p.m., acting at the Commission's request, Christopher M. Compton of Process Service of America, Inc., served Hollingsworth, Rothwell & Roxford, an entity formed under the laws of the state of Florida, by serving the Florida Department of State, Division of Corporations, 2661 Executive Center Circle West, Tallahassee, Florida, 32399, with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007. See Exhibit A hereto (Affidavit of Service of Christopher M. Compton). He did so by handing these documents to Ms. Maria Jacobs as Compliance Officer for the Florida Department of State Division of Corporations.

See id.; Exhibit B hereto (Letter accepting service on behalf of Hollingsworth, Rothwell & Roxford from Florida Department of State, Division of Corporations).

3. On July 6, 2007, Mr. Compton executed an affidavit of service setting forth the details of his efforts to serve Hollingsworth, Rothwell & Roxford. See Exhibit A.

4. On July 17, 2007 at 10:44 a.m., acting at the Commission's request, Michael L. Gardner of Capitol Process Services, served Hollingsworth, Rothwell & Roxford by serving Hugh Carter Hollingsworth, 6155 US Highway 1, Melbourne, Florida 32940 with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007. See Exhibit C hereto (Affidavit of Service of Michael L. Gardner). He did so by handing these documents to Mr. Hugh Carter Hollingsworth. See id.

5. On July 26, 2007, Mr. Gardner executed an affidavit of service setting forth the details of his efforts to serve Hollingsworth, Rothwell & Roxford.

6. On July 28, 2007, acting at the Commission's request, Ben D. Blackwell of Maxxguard Process Services, served Hollingsworth, Rothwell & Roxford by serving Kenneth T. Rothwell, 61 Sheep Neck Lane, Stantonville, Tennessee 38379 with (i) the Summons issued in this litigation by the United States District Court for the Southern District of New York on June 29, 2007; and (ii) the Commission's Complaint filed with the United States District Court for the Southern District of New York on June 29, 2007. See Exhibit D hereto (Execution of Summons of Ben D. Blackwell). He did so by handing these documents to Mr. Kenneth T. Rothwell. See id.

7. On July 28, 2007, Mr. Blackwell executed a declaration setting forth the details of his efforts to serve Hollingsworth, Rothwell & Roxford.

8. The original Summons will be filed with the Court in paper form.

9. I declare, upon information and belief, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.


Executed:   August 29, 2007
            Washington, DC

Respectfully submitted,


/s/ Sarah L. Levine
Sarah L. Levine (MA-651718)(*pro hac*)

U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
Phone:  (202) 551-4511
Fax:    (202) 772-9245
levinesa@sec.gov

Attorney for Plaintiff

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CV 6146                                      Date Filed: 6/29/2007

Plaintiff:
SECURITIES AND EXCHANGE COMMISSION

vs.

Defendant:
HOLLINSWORTH ROTHWELL AND THEODORE ROXFORD A/K/A
LAWRENCE NIREN

For:
Sarah Levine
Securities and Exchange Commission
100 F Street, N.E.
Washington, D. 20549



Received by Process Service of America, Inc. on the 6th day of July, 2007 at 10:00 am to be served on **FLORIDA DEPT. OF STATE DIVISION OF CORPORATION, 2661 EXECUTIVE CENTER CIRCLE W, TALLAHASSEE, FL 32399.**

I, Christopher M. Compton, do hereby affirm that on the **6th day of July, 2007** at **12:45 pm, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **Summons in a Civil Action and Complaint and a Statutory check to Florida Secretary of State for $8.75 (#804)** with the date and hour of service endorsed thereon by me, to: **Maria Jacobs** as **Complaince Officer** for **FLORIDA DEPT. OF STATE DIVISION OF CORPORATION**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher M. Compton**
Process Server # 101

Process Service of America, Inc.
P.O. Box 5848
Tallahassee, FL  32314-5848
(850) 877-9809

Our Job Serial Number: 2007003727

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Securities and Exchange Commission

V.

Hollingsworth, Rothwell and Theodore Roxford
a/k/a Lawrence Niren

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-6146

JUDGE CASTEL

TO: (Name and address of Defendant)

Hollingsworth, Rothwell & Roxford,
Florida Dept of State
Division of Corporations
2661 Executive Center Circle W
Tallahassee, FL 32399

F.S. Chapter 48.48.081, 48.48.181, 48.48.161

*Sd 7/6/07 at 12:45pm*
*hylmc  ups#101*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah L Levine
U.S. Securities and Exchange Commission
100 F Street NE
Washington DC 20549-4030

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 29 2007

**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

July 11, 2007

SARA L. LEVINE, ESQ.
U.S. SECURITITES AND EXCHANGE COMMISSION
100 F. STREET NE
WASHINGTON, FL 20549-4030

Pursuant to Chapter 48.161, 48.171, 48.181, .081 or .19 Florida Statutes, a copy of the process and initial pleading, case number 07-CV 6146, was accepted for HOLLINGSWORTH, ROTHWELL & ROXFORD, and was filed on July 6, 2007, at 04:00 PM.

Plaintiff(s)

SECURITIES AND EXCHANGE COMMISSION,

-vs-

Defendant(s)

THEODORE ROXFORD a/k/a LAWRENCE DAVID NIREN and HOLLINGSWORTH, ROTHWELL & ROXFORD,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

Only questions concerning the actual filing of the summons and complaint should be directed to our office at (850) 245-6953. All other inquiries should be made to the attorneys involved.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 907A00044217

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Date Filed: 6/29/2007

Index Number: 07-CV-6146

Plaintiff:
SECURITIES AND EXCHANGE COMMISSION

vs.

Defendant:
HOLLINGSWORTH, ROTHWELL AND THEODORE ROXFORD A/K/A LAWRENCE NIREN

For:
Sarah L. Levine, Esquire
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street Ne
Washington, DC 20549-4030

Received by CAPITOL PROCESS SERVICES on the 17th day of July, 2007 at 10:44 am to be served on HUGH CARTER HOLLINGSWORTH HRR, 6155 US HIGHWAY 1, MELBOURNE, FL 32940.

I, Michael L. Gardner, CPS #352, being duly sworn, depose and say that on the 26th day of July, 2007 at 3:48 pm, I:

INDIVIDUAL/PERSONAL: served by delivering a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT to: HUGH CARTER HOLLINGSWORTH HRR at the address of: 6155 US HIGHWAY 1, MELBOURNE, FL 32940 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a court appointed, CERTIFIED PROCESS SERVER for the Eighteenth Judicial Circuit in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me on the 26th day of July, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

PETER F. CRUMMEY
Notary Public - State of Florida
My Commission Expires Jun 21, 2010
Commission # DD 555364
Bonded By National Notary Assn.

Michael L. Gardner, CPS #352
Process Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, DC 20009
(800) 243-6773

Our Job Serial Number: 2007002123

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Securities and Exchange Commission

V.

Hollingsworth, Rothwell and Theodore Roxford
a/k/a Lawrence Niren

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CV 6146

JUDGE CASTEL

TO: (Name and address of Defendant)

Hollingsworth, Rothwell & Roxford,
620 Crowberry Road, Palm Bay FL 32907
and/or
7777 N. Wickham Road #12-135, Melbourne, FL 32948

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah L Levine
U.S. Securities and Exchange Commission
100 F Street NE
Washington DC 20549-4030

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 29 2007

J. MICHAEL McMAHON

CLERK                                                       DATE

(By) DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]  
DATE: July 28 2007

NAME OF SERVER (PRINT): Ben D Blackwell  
TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Kenneth T. Rothwell (at) 61 Sheep Neck Lane Stantonville, TN 38379

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/28/07  
Date

Signature of Server: B.D. Blackwell

Address of Server: Maxxguard Process Servers, 1445 N Highland Ave Jackson TN 38301

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Securities and Exchange Commission

v.

Hollingsworth, Rothwell and Theodore Roxford a/k/a Lawrence Niren

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6146

JUDGE CASTEL

TO: (Name and address of Defendant)

Hollingsworth, Rothwell & Roxford,
620 Crowberry Road, Palm Bay FL 32907
and/or
7777 N. Wickham Road #12-135, Melbourne, FL 32948

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah L Levine
U.S. Securities and Exchange Commission
100 F Street NE
Washington DC 20549-4030

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            JUN 29 2007

CLERK                                                         DATE

(By) DEPUTY CLERK