UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                Case No. 07 Civ. 6146

   -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

WHEREAS,

1. Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2. Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3. The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4. The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.

**PLEASE TAKE NOTICE THAT,**

1. HRR hereby permits Plaintiff to enter a default judgment against HRR in this lawsuit; and

2. HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3. Facsimile signature herein shall be deemed good and sufficient so as to constitute an original signature.

_____
Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Kenneth Rothwell, As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Hugh Hollingsworth, As a Partner of HRR

Sworn to before me this
20 day of November, 2007

_____
Notary Public

NOTARY-PUBLIC-STATE OF FLORIDA
Carol A. McHugh
Commission # DD489964
Expires: NOV. 13, 2009
Bonded Thru Atlantic Bonding Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,            Case No. 07 Civ. 6146

    -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

                Defendants.
-------------------------------------------------------------X

### NOTICE OF DISMISSAL OF COUNSEL AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

WHEREAS,

1. Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2. Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3. The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4. The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.



**PLEASE TAKE NOTICE THAT,**

1. HRR hereby permits Plaintiff to enter a default judgment against HRR in this lawsuit; and

2. HRR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3. Facsimile signature herein shall be deemed good and sufficient so as to constitute an original signature.

_____
Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

Sworn to before me this
14TH day of November, 2007

*[signature]*
Notary Public
My Commission Expires 01-08-08

_____
Kenneth Rothwell, As a Partner of HRR

Sworn to before me this
___ day of November, 2007

_____
Notary Public

_____
Hugh Hollingsworth, As a Partner of HRR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,               Case No. 07 Civ. 6146

   -against-

THEODORE ROXFORD a/k/a LAWRENCE
DAVID NIREN and HOLLINGSWORTH,
ROTHWELL & ROXFORD,

               Defendants.
------------------------------------------------------------X

## NOTICE OF DISMISSAL OF COUNSEL
## AND CONSENT TO ENTRY OF DEFAULT JUDGMENT

**WHEREAS,**

1. Defendant Hollingsworth, Rothwell & Roxford ("HRR") has no assets; and

2. Theodore Roxford a/k/a Lawrence David Niren, Kenneth Rothwell and Hugh Hollingsworth (collectively, the "HRR Partners") have each been advised of their rights as a corporate defendant in this case by The Roth Law Firm, as well as independent legal counsel, and desire to waive those rights; and

3. The HRR Partners desire to terminate the Roth Law Firm, PLLC as counsel to HRR in this lawsuit; and

4. The HRR Partners desire to permit Plaintiff to enter default judgment against HRR.

PLEASE TAKE NOTICE THAT:

1. HKR hereby permits Plaintiff to enter a default judgment against HKR in this lawsuit; and

2. HKR hereby terminates The Roth Law Firm, PLLC as counsel in this lawsuit; and

3. Facsimile signatures herein shall be deemed good and sufficient so as to constitute an original signature.

_____
Theodore Roxford a/k/a Lawrence Niren,
As a Partner of HKR

Sworn to before me this
___ day of November, 2007

_____
Notary Public


_____
Kenneth Rothwell, As a Partner of HKR

Sworn to before me this
___ day of November, 2007

_____
Notary Public


_____
Hugh Hollingsworth, As a Partner of HKR

Sworn to before me this
___ day of November, 2007

_____
Notary Public



## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

JORDAN M. KAM, ESQ., affirms under penalties of perjury:

1. I am over the age of 21 years, am not a party to this action, and reside in New York, New York.

2. On November 20, 2007, I caused the foregoing to be served by electronic mail, on counsel for Plaintiff, Sarah L. Levine, Esq., at the electronic address listed below:

    levinesa@sec.gov

_____
Jordan M. Kam