```
                                                              Page 1

  1              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
  2
         - - - - - - - - - - - - - - - - - - - -X
  3

         SECURITIES AND EXCHANGE
  4      COMMISSION,

  5
                        Plaintiff,
  6
                                      ECF Case (PKC)
  7

  8        -vs-                  Case No. 07-CV-6146

  9
         THEODORE ROXFORD, a/k/a
 10      LAWRENCE DAVID NIREN and
         HOLLINGSWORTH, ROTHWELL &
 11      ROXFORD,

 12
                        Defendants.
 13
         - - - - - - - - - - - - - - - - - - - - - X
 14

 15            Tuesday, December 18, 2007

 16

 17            PROCEEDINGS, taken pursuant to Notice,

 18   held at the offices of the SECURITIES & EXCHANGE

 19   COMMISSION, 3 World Financial Center, New York,

 20   New York, 10281, on Tuesday, December 18, 2007, at

 21   10:00 a.m. before JEANNETTE MCCORMICK, a Certified

 22   Shorthand Reporter, License No. XI00920, and a

 23   Notary Public.
```



Certified Copy

```
 24

 25
```

Statement on the Record                                                December 18, 2007
                                 New York, NY

Page 2

1    A P P E A R A N C E S:

2

3

4    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

5

6        Attorneys for Plaintiff

7    BY: SARAH L. LEVINE, ESQ.

8        Assistant Chief Litigation Counsel

9        Division of Enforcement

10       100 F Street, N.E.

11       Washington, D.C. 20549-4030

12       (202) 551-4511 (Telephone)

13       (202) 772-9245 (Fax)

14       levinesa@sec.gov

15            -and-

16       PAMELA NOLAN, ESQ.

17       (Senior Counsel)

18

19

20

21

22

23   ALSO PRESENT:

24       HENRY MARTE (Videographer)

25

Statement on the Record                                               December 18, 2007
                        New York, NY

                                                                          Page 3

1                        I N D E X

2

3

4                        E X H I B I T S

5

6    NUMBER              DESCRIPTION                        PAGE

7    1                   Notice of Deposition                 5

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Statement on the Record                                                December 18, 2007
                                New York, NY

Page 4

1        THE VIDEOGRAPHER:  This begins tape
2    number one in the videotaped deposition of
3    Holingsworth Rothwell & Roxford on Tuesday,
4    December 18, 2007, in the matter of
5    Securities & Exchange Commission, plaintiff,
6    versus Theodore Roxford and Holingsworth,
7    Rothwell & Roxford, defendants, in the United
8    States District Court, for the Southern
9    District of New York, Index Number
10   07-CV-6146.
11       These proceedings are being held at the
12   Securities & Exchange Commission, located at
13   3 World Financial Center, New York, New York.
14       The time on the video monitor is now
15   10:14 a.m.
16       My name is Henry Marte.  I will be the
17   legal video specialist on behalf of Alderson
18   Court Reporters.  The Certified Court
19   Reporter is Jeannette McCormick, also on
20   behalf of Alderson Court Reporting that is
21   located at 600 Fifth Avenue, New York,
22   New York.
23       Will counsel for the SEC please
24   introduce themselves.
25       MS. LEVINE:  I am Sarah Levine.

1   MS. NOLAN:  Pamela Nolan.

2   THE VIDEOGRAPHER:  Thank you.  At this

3   time we are going off the record, but first

4   the attorney is going to make a brief

5   statement.

6   MS. LEVINE:  No witness has appeared

7   pursuant to the Deposition Notice.  We are

8   going to go off the record to provide more

9   time.

10  THE VIDEOGRAPHER:  The time is 10:14

11  a.m.  We are going off the record.

12  (Recess from 10:14 to 10:45.)

13  THE VIDEOGRAPHER:  The time is 10:45

14  a.m.  We are back on the record.

15  MS. LEVINE:  I'd like to mark in as

16  Exhibit 1 the Notice of Deposition

17  designating today at the SEC offices in New

18  York at 10:00 a.m. as the time for the

19  deposition.

20      (Whereupon, Plaintiff's Deposition

21      Exhibit No. SEC 1 was marked

22      for Identification.)

23  MS. LEVINE:  No witness has appeared to

24  participate.  I am going to go off the record

25  and give the witness additional time to show

1  up.

2  THE VIDEOGRAPHER: The time is

3  10:46 a.m. We are going off the record.

4  (Recess from 10:46 to 11:31.)

5  THE VIDEOGRAPHER: The time is 11:31

6  a.m. We are back on the record.

7  MS. LEVINE: We waited an hour and a

8  half. No witness has appeared. We are going

9  to adjourn this deposition with the intention

10  to continue it at a later time.

11  THE VIDEOGRAPHER: This completes

12  today's deposition to be adjourned until a

13  later time. The time is 11:31. We are going

14  off the record.

15  (Proceedings adjourned at 11:31 a.m.)

16  - - -

17

18

19

20

21

22

23

24

25