# MEMO ENDORSED




|  |  |
|---|---|
| theodore roxford <troxford2000@yahoo.com> 03/07/2008 03:46 PM | To andrew_d'agostino@nysd.uscourts.gov, Florence_Nacanther@nysd.uscourts.gov, cc levinesa@sec.gov, simpsonr@sec.gov, troxford2000@yahoo.com, arnoldziffel2000@yahoo.com |
|  | bcc |
|  | Subject Why won't the Court rule on my October 23 Motion For Reconsideration? |

sent again March 7, 2008

(sent first on December 13, 2007)

Re:       Securities & Exchange Commission v.
Hollingsworth, Rothwell & Roxford, et al,
          Case No. 07 Civ. 6146 (PKC)

Dear Judge Castel,

Why won't you rule on my Motion for Reconsideration that I filed on October 23?

Also, I read the Court's ridiculous ruling for Hollingsworth, Rothwell & Roxford ("HRR") regarding paying the SEC US$900,000. The chances of HRR (or me) paying the SEC anything more than US$500 AT THE MOST are zero, as HRR has not even been in existence or had ANY assets since 2003. As a matter of fact, the chances are greater that Your Honor will wake up tomorrow morning and be able to speak 20 languages fluently, than HRR (or me) being able to pay the SEC or anyone more than US$500 at the most.

I await your ruling on my Motion For Consideration, which has been assure to me by the Court is under consideration.

Sincerely,

Lawrence Niren (or Theodore Roxford)
Quo Vila
Sarmiento 1426, 7th floor, C.P.
Buenos Aires, 1024, Argentina
(415) 995-2313 (voice mail)
troxford2000@yahoo.com

*[Handwritten endorsement:]* Motion denied SO ORDERED [signature] USDJ 3-7-08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

---

Looking for last minute shopping deals?
Find them fast with Yahoo! Search.
http://tools.search.yahoo.com/newsearch/category.php?category=shopping