**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| HOLLINGSWORTH, ROTHWELL & ROXFORD ("HRR"); LAWRENCE NIREN, THEODORE ROXFORD, | ) ) ) ) ) |
| Defendants. | ) ) |

No. 07-Civ. 6146 (PKC)

*Motion denied.*
*SO ORDERED*
[signature]
P.K. Castel
USDJ
3-7-08

### NIREN'S PART ONE OPPOSITION MOTION TO THE SEC'S DEFAULT MOTION, AND MOTION FOR EXECUTION BY FIRING SQUAD

On October 31, 2007, the SEC filed with this Court the most ridiculous pack of lies yet in this case, in the form of a 114 page pile of fraudulent rubbish, the likes of which Niren has never even imagined the SEC was capable of fabricating, in so far as the way the SEC twisted everything around like a serpent. Suffice it to say that not one word in the SEC's 114 page pile of rubbish in its Motion for Default Judgment was true. But of course, this Court will immediately grant that Motion – even if Niren were to prove with 100 U.S. Supreme Court cases and a dozen Affidavits that everything the SEC stated was absurd and untrue. This Court is a kangaroo Court, with a hanging Judge who is dying to convict Niren so badly that he can taste it. All of those stupid articles that this Court read about Niren has from the start of this case caused this Judge to want nothing more than to convict Niren and impose the worst penalty possible. So Niren requests that his death sentence be by firing squad, since that would at least be a dignified way of dying.

1

This Court is not interested in justice. This Court refuses to allow Niren to appeal this Court's very wrong and highly biased ruling against Niren's and HRR's Motions To Dismiss, and this Court has also refused to allow Niren to file his Motions by email – even though the SEC is allowed to. Real justice in this Court! This Court only considered an SEC perjured Affidavit in its ruling, and didn't even read the other 8 Affidavits or Niren's and HRR's arguments in their Motions and Reply Motions and dozens of cases. This Court thinks it is above the U.S. Supreme Court when it comes to jurisdiction and venue issues, and would not read Niren's Motion For Reconsideration, since it is corrupt.

So what is the sense of Niren filing anything, since no matter what Niren files, this Court will rule against him. (Niren has also mailed this Motion with original signature.)

Niren has no money of his own and will declare bankruptcy against the SEC with Argentine counsel here in Argentina as soon as this Court rushes to default Niren and the SEC tries to collect anything. So any default judgment ordered will be idiotic. And since this Court and the SEC are so corrupt, Niren will never return to the U.S. ever again.

So knock yourself out and impose the death penalty by firing squad on Niren.

*Lawrence Niren*

Lawrence Niren aka Theodore Roxford

Quo Vila

Sarmiento 1426, 7th floor, C.P.

Buenos Aires, 1024, Argentina

Email: troxford2000@yahoo.com
U.S. voice mail: (415) 995-2313

Executed on November _1_, 2007
Buenos Aires, Argentina

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) )  Plaintiff, ) ) v. ) ) HOLLINGSWORTH, ROTHWELL & ) ROXFORD ("HRR"); LAWRENCE ) NIREN, THEODORE ROXFORD, ) ) Defendants. ) | No. 07-Civ. 6146 (PKC) |

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I caused a copy of the foregoing Niren's Part One Opposition Motion, to be served on the following:

By email to:

Sarah L. Levine, Attorney for Plaintiff
levinesa@sec.gov

And also by email to:

Pamela Nolan, Attorney for Plaintiff and perjurer
nolanp@sec.gov

*Lawrence Niren*

Lawrence Niren aka Theodore Roxford

Executed on November 1, 2007
Buenos Aires, Argentina